UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X    **07 CIV   8178**

OLD POINT INTERNATIONAL CORPORATION,

       *Plaintiff,*        Civil Action Number_____

   -against-           **Rule 7.1 Statement**

BRUCE HILL and CHARLES HALE,

       *Defendants.*

-----------------------------------------------------------------X

Pursuant to the Federal Rule of Civil Procedure 7.1 and to enable District Judges and

Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned

counsel for Plaintiff (a private non-governmental party) certifies that the following are corporate

parents, affiliates and/or subsidiaries of said party, which are publicly held:

            **NONE**

          JUDD BURSTEIN, P.C.
          1790 Broadway, Suite 1501
          New York, New York 10019
          (212) 974-2400
          *Attorneys for Plaintiff*

Date: September 19, 2007      By:_____
            Judd Burstein (JB-9585)