AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

ORIGINAL
JUDGE LYNCH

OLD POINT INTERNATIONAL CORPORATION

**SUMMONS IN A CIVIL ACTION**

V.

BRUCE HILL and CHARLES HALE

CASE NUMBER:

**07 CIV 8178**

TO: (Name and address of Defendant)

BRUCE HILL
88 Rutledge Rd
Belmont, MA 02478-2633

CHARLES HALE
York Capital Management
767 Fifth Avenue, 17th floor
New York, N.Y. 10153

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Judd Burstein, Esq. (JB-9585)
JUDD BURSTEIN, P.C.
1790 Broadway, Suite 1501
New York, N.Y. 10019
Tel.: (212) 974-2400
Fax: (212) 974-2944
E-mail: jburstein@burlaw.com

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                        9/19/2007

CLERK                                                     DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                        Date                         *Signature of Server*

                                        _____
                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

OLD POINT INTERNATIONAL CORPORATION,

                    *Plaintiff,*

         -- against --

BRUCE HILL and CHARLES HALE,

                    *Defendants.*

-----------------------------------------------------------------X

Index No: 1:07-cv-8178

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK, COUNTY OF NEW YORK    :SS:

      **SANDRA GUZMAN**    being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in Rego Park, New York. That on the 19th day of September, 2007, I served a true copy of the within **SUMMONS and attached COMPLAINT and Rule 7.1 Statement**

Upon:    **Charles Hale**
            **York Capital Management**
            **767 Fifth Avenue, 17th Floor**
            **New York, New York 10153**

the **Defendant** herein named, by delivering 1 (one) true copy of such to Charles Hale, personally.

      Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:

| | | |
|---|---|---|
| SEX: Male | EYES: Brown | HAIR: Brown |
| APP. AGE: 25-35 | APP. HT: 5' 3" | APP. WT: 130 lbs. |

      Deponent further says: that at the time of such service I knew the person so served as aforesaid to be the same person described in the aforementioned SUMMONS and attached COMPLAINT.

Sworn to before me this
20th day of September, 2007

_____
Notary Public

_____
SANDRA GUZMAN

PAUL GUZMAN
Notary Public, State of New York
No. 01GU6081645
Qualified in Queens County
Commission Expires 10/15/2010