AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

*JUDGE LYNCH*

OLD POINT INTERNATIONAL CORPORATION

**SUMMONS IN A CIVIL ACTION**

V.

BRUCE HILL and CHARLES HALE

CASE NUMBER:

**07 CIV 8178**

TO: (Name and address of Defendant)

BRUCE HILL
88 Rutledge Rd
Belmont, MA 02478-2633

CHARLES HALE
York Capital Management
767 Fifth Avenue, 17th floor
New York, N.Y. 10153

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Judd Burstein, Esq. (JB-9585)
JUDD BURSTEIN, P.C.
1790 Broadway, Suite 1501
New York, N.Y. 10019
Tel.: (212) 974-2400
Fax: (212) 974-2944
E-mail: jburstein@burlaw.com

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

9/19/2007

CLERK                                                                            DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                      Date               *Signature of Server*

                                                     _____
                                                     *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

State of New York  
United States District Court  
Southern District of New York

**AFFIDAVIT OF SERVICE**

**CASE# 07CIV8178**

---

| OLD POINT INTERNATIONAL CORPORATION )
|            Plaintiff(s),             )
|                                      )
| V.                                   )
|                                      )
| BRUCE HILL and CHARLES HALE          )
|            Defendant(s).             )

**STATE OF MASSACHUSETTS**

**COUNTY OF MIDDLESEX**

**Mark J. Snider**, being 18 years of age or older, deposes and says: deponent is not a party to the action and resides in Middlesex County, Massachusetts.

Deponent served the within SUMMONS AND COMPLAINT IN A CIVIL CASE on the 20th day of September, 2007 upon the within named Bruce Hill at 7:36PM at 88 Rutledge Road, Belmont, MA 02478.

**Service was effected by:**

Delivering, in hand, a true copy to Bruce Hill, the individual described in said SUMMONS AND COMPLAINT, RULE 7.1 STATEMENT, and 2 SETS OF JUDGES RULES' AND PROCEDURE'S FOR ELECTRONIC FILING.

DESCRIPTION:  
Gender – Male  
Skin – White  
Hair – Brown  
Age – DOB 6/11/1963  
Height – 5'8"- 6'0"  
Weight – 160-180

Deponent Signature _____  Sworn to me this 27th day of September, 2007  
Mark J. Snider

Notary Public _____

Kimberly A. McCarthy  
Notary Public  
Commonwealth of Massachusetts  
My Commission Expires  
August 15, 2014