ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

OLD POINT INTERNATIONAL,

                    Plaintiff,       Index No. 07-CV-08178 (GEL)

             - against -

BRUCE HILL and CHARLES HALE,

                    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## MOTION FOR ADMISSION *PRO HAC VICE*

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, William J. O'Brien, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

        James R. Carroll
        SKADDEN, ARPS, SLATE, MEAGHER &
         FLOM LLP
        One Beacon Street
        Boston, Massachusetts 02108
        (Tel.) (617) 573-4800
        (Fax) (617) 573-4822

Mr. Carroll is a member in good standing of the bar of the Commonwealth of Massachusetts.

There are no pending disciplinary proceedings against Mr. Carroll in any State or Federal court.

Dated:  September 27, 2007
        New York, New York

                                             Respectfully submitted,

                                             SKADDEN, ARPS, SLATE, MEAGHER
                                               & FLOM LLP

                                               _____
                                               William J. O'Brien (WO-7550)
                                               Four Times Square
                                               New York, New York 10036-6522
                                               (Tel.) (212) 735-3000
                                               (Fax) (212) 735-2000

                                               Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
OLD POINT INTERNATIONAL, :
:
                    Plaintiff, :    Index No. 07-CV-08178 (GEL)
:
      - against - :
:
BRUCE HILL and CHARLES HALE, :
:
                    Defendants. :
------------------------------x

## DECLARATION OF WILLIAM J. O'BRIEN

I, WILLIAM J. O'BRIEN, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am an attorney with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for defendants Bruce Hill and Charles Hale in the above-captioned action. I am familiar with the facts set forth herein and respectfully submit this Declaration in support of my motion, pursuant to Local Rule 1.3(c), for the admission of James R. Carroll to the bar of this Court *pro hac vice*.

2. I am admitted to practice in, and a member in good standing of, the bars of the State of New York, the United States District Court for the Southern District of New York, and the United States District Court for the Eastern District of New York.

3. Mr. Carroll is a member of the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, and is resident in the firm's Boston, Massachusetts office. Mr. Carroll is a member in good standing of the bar of the Commonwealth of Massachusetts (as reflected in the certificate attached hereto as Exhibit A), and is admitted to practice in the courts of the Commonwealth of Massachusetts; the United States District Court for the District of Massachusetts and Southern District of Texas; the United States Court of Appeals for the 1st, 2nd, 3rd, 5th, 7th, 9th and

Federal Circuits; and the United States Supreme Court. There are no pending disciplinary proceedings against Mr. Carroll in any State or Federal court.

4.     Mr. Carroll is known to be a skilled attorney and a person of integrity. He is experienced in federal practice, and is familiar with the Federal Rules of Civil Procedure and the Local Rules of this Court.

5.     I also understand plaintiff has indicated through counsel that it has no objections to Mr. Carroll's admission *pro hac vice*.

6.     For the reasons set forth above, I respectfully request that Mr. Carroll be admitted to the bar of this Court *pro hac vice*. A proposed Order is attached hereto as Exhibit B.

I hereby declare under penalty of perjury that the foregoing is true and correct. Executed on this 27th day of September 2007.

_____
William J. O'Brien (WO-7550)

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **fourteenth** day of **March** A.D. **1990**, said Court being the highest Court of Record in said Commonwealth:

## James Richard Carroll

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twenty-sixth** day of **September** in the year of our Lord **two thousand and seven**.

MAURA S. DOYLE, Clerk

---

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
OLD POINT INTERNATIONAL,          :
                                  :
                Plaintiff,        :   Index No. 07-CV-08178 (GEL)
                                  :
        - against -                :
                                  :
BRUCE HILL and CHARLES HALE,      :
                                  :
                Defendants.       :
----------------------------------x

## [PROPOSED] ORDER

Upon the motion of William J. O'Brien, attorney for defendants, and said sponsor attorney's declaration in support;

**IT IS HEREBY ORDERED** that

>   James R. Carroll
>   SKADDEN, ARPS, SLATE, MEAGHER &
>    FLOM LLP
>   One Beacon Street
>   Boston, Massachusetts 02108
>   (Tel.) (617) 573-4800
>   (Fax) (617) 573-4822

is admitted to practice *pro hac vice* as counsel for defendants Bruce Hill and Charles Hale in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately apply for an Electronic Case Filing (ECF) password at nysd.uscourts.gov.

Dated:

                                            _____
                                            Gerard E. Lynch
                                            United States District Judge

CERTIFICATE OF SERVICE

The undersigned, an attorney duly admitted to practice law before this Court, hereby certifies under penalty of perjury, that on September 27, 2007, I caused a true copy of the

- **Motion for Admission *Pro Hac Vice***

to be served upon the following party in the manner indicated:

By First-Class Mail

Judd Burstein
JUDD BURSTEIN, P.C.
1790 Broadway
New York, NY 10019

Dated: New York, New York
       September 27, 2007

*/s/ Steven Ray Katzenstein*
Steven Ray Katzenstein