UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
:
OLD POINT INTERNATIONAL             :
CORPORATION,                        :
                                    :
              Plaintiff,            :
                                    :     07 Civ. 8178 (GEL)
        -against-                   :
                                    :     **ORDER**
BRUCE HILL and CHARLES HALE,        :
                                    :
              Defendants.           :
                                    :
-----------------------------------------------------x



GERARD E. LYNCH, District Judge:

   On September 24, 2007, plaintiff in this contract action filed a motion seeking a preliminary injunction and temporary restraining order. At a conference held on October 1, 2007, the parties agreed that plaintiff's motion should be deemed moot for the reasons discussed in open court. Accordingly, it is hereby ORDERED that plaintiff's motion for a preliminary injunction and temporary restraining order is denied.

   At the October 1 conference, the parties also agreed to an expedited schedule for defendants' anticipated motion to dismiss. Accordingly, the following briefing schedule is set for defendants' motion to dismiss:

   1.   Defendants shall submit their motion to dismiss, if any, by October 5, 2007.

   2.   Plaintiff shall submit its response, if any, by October 8, 2007.

   3.   Defendants shall submit their reply, if any, by October 15, 2007.

SO ORDERED.

Dated: New York, New York
       October 1, 2007

                                          _____
                                          GERARD E. LYNCH
                                          United States District Judge