UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
OLD POINT INTERNATIONAL,

                Plaintiff,    :    Index No. 07-CV-08178 (GEL)

      - against -

BRUCE HILL and CHARLES HALE,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### [~~PROPOSED~~] ORDER

Upon the motion of William J. O'Brien, attorney for defendants, and said sponsor attorney's declaration in support;

**IT IS HEREBY ORDERED** that

    James R. Carroll
    SKADDEN, ARPS, SLATE, MEAGHER &
     FLOM LLP
    One Beacon Street
    Boston, Massachusetts 02108
    (Tel.) (617) 573-4800
    (Fax) (617) 573-4822

is admitted to practice *pro hac vice* as counsel for defendants Bruce Hill and Charles Hale in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately apply for an Electronic Case Filing (ECF) password at nysd.uscourts.gov.

Dated: 10/3/2007

                                                                       _____
                                                                       Gerard E. Lynch
                                                                       United States District Judge