Susan L. Saltzstein (SS1907)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Telecopier: (212) 735-2000
        -and-
James R. Carroll (admitted pro hac vice)
Nicholas I. Leitzes (NL1756)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108-3107
Telephone: (617) 573-4800
Telecopier: (617) 573-4822
*Counsel for Defendants*
*Bruce G. Hill and Charles C. Hale*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| OLD POINT INTERNATIONAL CORPORATION, : | |
| : | 07 CV 8178 (GEL) (MHD) |
| *Plaintiff*, : | |
| : | ECF Case |
| -against-  : | Electronically Filed |
| : | |
| BRUCE HILL and CHARLES HALE, : | ORAL ARGUMENT REQUESTED |
| *Defendants.*  : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DEFENDANTS' NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that, upon the Memorandum of Law in Support of Defendants' Motion to Dismiss submitted herewith, the accompanying Declaration of Susan L. Saltzstein dated October 5, 2007 and the exhibits thereto, and the prior pleadings and papers filed relating to this action, defendants Bruce G. Hill and Charles C. Hale will move this Court, before the Honorable Gerard E. Lynch, as soon as counsel may be heard, at the United States

Courthouse, 500 Pearl Street, New York, New York 10007, for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing Plaintiff's Complaint in its entirety with prejudice and granting such other and further relief as the Court deems just and proper.

Dated: October 5, 2007
      New York, New York

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

/s/ Susan L. Saltzstein
Susan L. Saltzstein (SS1907)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Telecopier: (212) 735-2000

    -and-

James R. Carroll (admitted pro hac vice)
Nicholas I. Leitzes (NL1756)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108-3107
Telephone: (617) 573-4800
Telecopier: (617) 573-4822

Counsel for Defendants
Bruce G. Hill and Charles C. Hale

TO:

Judd Burstein, Esq.
Judd Burstein, P.C.
1790 Broadway
New York, New York 10019
(212) 974-2400

Attorneys for Plaintiff