Susan L. Saltzstein (SS1907)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Telecopier: (212) 735-2000
         -and-
James R. Carroll (admitted pro hac vice)
Nicholas I. Leitzes (NL1756)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108-3107
Telephone: (617) 573-4800
Telecopier: (617) 573-4822
*Counsel for Defendants*
*Bruce G. Hill and Charles C. Hale*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| OLD POINT INTERNATIONAL CORPORATION, | : | 07 CV 8178 (GEL) (MHD) |
| *Plaintiff*, | : | ECF Case<br>Electronically Filed |
| -against- | : | |
| BRUCE HILL and CHARLES HALE, | : | **DECLARATION OF SUSAN L. SALTZSTEIN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** |
| *Defendants*. | : | |

SUSAN L. SALTZSTEIN, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows:

1.   I a member of the bar of this Court and am a partner in the firm Skadden, Arps, Slate, Meagher & Flom LLP, counsel for defendants Bruce G. Hill and Charles C. Hale.

2

      2.      I submit this declaration to place before the Court copies of documents in support of defendants' Motion to Dismiss.

      3.      Annexed as Exhibit A hereto is a stock purchase agreement made between plaintiff Old Point International Corporation and Charles C. Hale.

      4.      Annexed as Exhibit B hereto is a stock purchase agreement made between plaintiff Old Point International Corporation and Bruce G. Hill.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 5, 2007.

                                      /s/ Susan L. Saltzstein
                                      Susan L. Saltzstein