UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
OLD POINT INTERNATIONAL CORPORATION,

                *Plaintiff*,

    -- against --

BRUCE HILL and CHARLES HALE,

                *Defendants*.
-----------------------------------------------------------X

Index No: 07-CV-08178 (GEL)

**DECLARATION OF GILAD GAT**

**GILAD GAT** hereby declares under penalty of perjury:

1. I am the Managing Director of Hartbay Advisors USA, Inc., which is a sub-advisor to Sage Capital Global, Ltd., itself a sub-advisor to Enright Holdings Corp.

2. On October 9, 2007, at the request of Danny Golan, I undertook an exhaustive review of all records that Old Point International Corporation ("Old Point") or any of its advisors had in their possession in the United States relating to the Fortel investment, DivestCap, and Defendants Hale and Hill. In particular, I searched for records at Sage Global Growth, Inc's offices in New York City, as well as its warehouse storage facility in New Jersey. My search failed to uncover any signed copies of the promissory notes referenced in the Share Purchase Agreement between Defendants and Old Point. Accordingly, to the best of my knowledge, information and belief, Defendants never delivered those notes to Old Point or anyone affiliated with Old Point.

**WHEREFORE**, your Declarant prays for an Order denying Defendants' motion to dismiss the Complaint.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 9 day of October, 2007, in Westport, Connecticut.

*[signature: Gilad Gat]*

GILAD GAT