UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

OLD POINT INTERNATIONAL
CORPORATION,

           Plaintiff,

  -against-

BRUCE HILL and CHARLES HALE,

           Defendants.

-------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/08
```

07 Civ. 8178 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

    The parties to this action have advised the Court that they are engaged in serious negotiations in an effort to reach a settlement of this case and of all related litigation, and have jointly requested that all proceedings in this case be stayed indefinitely.

    Accordingly, it is hereby ORDERED that:

1. All proceedings in this matter are stayed pending future order of the Court.

2. Defendants' motion to dismiss (Doc. # 8) is deemed withdrawn, without prejudice to its reinstatement if the case is not settled.

3. The trial previously scheduled to begin on March 17, 2008, is adjourned sine die.

4. The parties are directed to report to the Court on the status of the matter no later than March 14, 2008.

SO ORDERED.

Dated: New York, New York
       February 4, 2008

                                                      _____
                                                        GERARD E. LYNCH
                                                  United States District Judge