**divestcap**

| | |
|---|---|
| From: | Bruce Hill [bruce@divestcap.com] |
| Sent: | Friday, February 20, 2004 8:47 AM |
| To: | Golan, Daniel |
| Cc: | Vigder, Avi; charles@divestcap.com |
| Subject: | LP Agreement |
| Attachments: | Partnership (Clean) 2-19-04.doc |

| | |
|---|---|
| Follow Up Flag: | Follow up |
| Flag Status: | Flagged |

Danny,

Here is the revised LP agreement. The notice period in Section 3.1(a) has been changed to 45 days as discussed with Avi. Also, we added a new section ((Section 4.3(a)(v)) which Avi suggested. I would really appreciate it if you could send me the letters I sent you before, the W-8 BEN and just the signature page from the LP agreement by PDF today if possible. I am getting some tax advice on the precise wording of Section 4.3(a)(v).

Thanks,

Bruce

1

## divestcap

| | |
|---|---|
| From: | charles@divestcap.com |
| Sent: | Friday, March 05, 2004 6:26 PM |
| To: | Bruce Hill; Vigder, Avi |
| Subject: | FW: |

| | |
|---|---|
| Follow Up Flag: | Follow up |
| Flag Status: | Flagged |

Platinum just executed a massive RIF at corporate, apparently as part of its transition to a full-fledged buyout fund structure. (Corporate had about 130 people – funding strictly from management fees allows somewhere under half that number).

This could be a big opportunity for us to pick up a NY sourcing guy with a lot of skill, process, and training. The person below just contacted me and sounds promising.

Avi – we could easily support this headcount addition out of FORTEL. You have been asking us to think about expansion. If we like this guy, would you support an add? If we like him – and we may not – I strongly believe we should do this. Please give me your thoughts. Thanks. Obviously, one consideration is space on floor 21.

Charlie

Charles C. Hale
DivestCap Management Corp
660 Madison Avenue, Floor 21
New York, NY 10021

Mobile: 617 818 2222
NY Office: 212 651 9023
charles@divestcap.com

Visit DivestCap at:
www.divestcap.com

*Growing Technology Divestitures with Knowledge & Capital*

-----Original Message-----
From: Michelle Yi [mailto:michelle@divestcap.com]
Sent: Thursday, March 04, 2004 5:24 PM
To: charles@divestcap.com
Subject:

Charlie:

Some guy from Platinum called for you: Nick Cupert (sp?) 646-279-3261. He said something about a Matt Safay at Platinum. Don't know what it's regarding – just left me a VM.

Michelle

1

divestcap

| | |
|---|---|
| From: | charles@divestcap.com |
| Sent: | Thursday, March 11, 2004 12:35 AM |
| To: | Vigder, Avi |
| Cc: | 'Bruce Hill' |
| Subject: | RE: |

Follow Up Flag:       Follow up
Flag Status:          Flagged

OK. Good. I won't lose him for that.

Charlie

Charles C. Hale
DivestCap Management Corp
660 Madison Avenue, Floor 21
New York, NY 10021
Mobile: 617 818 2222
NY Office: 212 651 9023
charles@divestcap.com

**Visit DivestCap at:**
**www.divestcap.com**

*Growing Technology Divestitures with Knowledge & Capital*

-----Original Message-----
**From:** Vigder, Avi [mailto:AviB@sagecap.com]
**Sent:** Thursday, March 11, 2004 12:13 AM
**To:** charles@divestcap.com
**Cc:** 'Bruce Hill'
**Subject:** RE:

sounds excellent.

we'll need to discuss our real estate needs, but defenitely do not loose him because of space.

lets speak about it next week.

avi

-----Original Message-----
**From:** charles@divestcap.com [mailto:charles@divestcap.com]
**Sent:** 10/03/2004 20:19
**To:** Vigder, Avi
**Cc:** 'Bruce Hill'
**Subject:** RE:

Avi - our Platinum candidate is calling MACHINE. I like his personality
a lot. And he'd be cheap for us (had a $40-50k base).

We have more pressing hiring needs, which we can discuss, but this could
be a great opportunity.

The question is space. is a land grab for us to take over our 21st

1

floor location out of the question? We have big plans but also don't
want to screw our colleagues.

Charlie

Charles C. Hale
DivestCap Management Corp
660 Madison Avenue, Floor 21
New York, NY 10021
Mobile: 617 818 2222
NY Office: 212 651 9923
chhale@divestcap.com

Visit DivestCap at:
www.divestcap.com

Growing Technology Divestitures with Knowledge & Capital

-----Original Message-----
From: Vigdor, Avi [mailto:Avi@bayocean.com]
Sent: Saturday, March 06, 2004 2:37 AM
To: charles@divestcap.com
Subject: RE:

i fully support when you interview him - please consider not only
professional skills - but more importantly his personality and its fit
with you guys.

I will be in ny durig the week of march 15 and i hope the 3 of us can
meet.

------ Message d'origine------
De:    charles@divestcap.com [mailto:charles@divestcap.com]
Date:  ven. 05/03/2004 18:26
A:     'Bruce Hill'; Vigdor, Avi
Co:
Objet: FW:

Platinum just executed a massive RIF at corporate, apparently as part of
its transition to a full-fledged buyout fund structure. (Corporate had
about 130 people – funding strictly from management fees allows
somewhere under half that number).

This could be a big opportunity for us to pick up a NY sourcing guy with
a lot of skill, process, and training. The person below just contacted
me and sounds promising.

Avi   we could easily support this headcount addition out of FORTIL.
You have been asking us to think about expansion. If we like this guy,
would you support an add? If we like him – and we may not   I strongly
believe we should do this. Please give me your thoughts. Thanks,

2

Obviously, one consideration is space on floor 21.

Charlie

Charles C. Hale

DivestCap Management Corp

660 Madison Avenue, Floor 21

New York, NY 10021

Mobile: 617 818 2222

NY Office: 212 651 9023

<mailto.charles@DivestCap.com> charles@divestcap.com

Visit DivestCap at:

<http://www.divestcap.com> www.divestcap.com

Growing Technology Divestitures with Knowledge & Capital

-----Original Message-----
From: Michelle Yi [mailto:michelle@divestcap.com]
Sent: Thursday, March 04, 2004 5:24 PM
To: charles@divestcap.com
Subject:

Charlie;

Some guy from Platinum called for you. Nick Copart (sp?) 646-279-3261.
He said something about a Matt Safsy at Platinum. Don't know what it's
regarding    just left me a VM.

Michelle

3

## divestcap

| | |
|---|---|
| From: | Bruce Hill [bruce@divestcap.com] |
| Sent: | Tuesday, March 16, 2004 1:11 PM |
| To: | Vigder, Avi |
| Cc: | 'Charles Hale' |
| Subject: | Last Version |
| Attachments: | Term Sheet 3 June 02___.doc |

| | |
|---|---|
| Follow Up Flag: | Follow up |
| Flag Status: | Flagged |

## divestcap

| | |
|---|---|
| From: | charles@divestcap.com |
| Sent: | Monday, April 19, 2004 2:34 PM |
| To: | Vigder, Avi; Golan, Daniel |
| Cc: | 'Bruce Hill' |
| Subject: | RE: Summit Transaction and GP Ownership Distribution to Cavallo |
| Attachments: | Team Partic (excerpt).xls |
| | |
| Follow Up Flag: | Follow up |
| Flag Status: | Flagged |

Avi,

The team wants to sell all the stock they can at a $14mm valuation. I didn't think Guy would do this. You and Bruce were 100% right.

The attached spreadsheet allows one to model the cost of SDI Holdings LP buying any percent of their stock at any valuation (allowing you to play with the numbers if you like).

Bruce and I propose the following:

1. We let the team exercise its pro rata – eg 28.99% of their holdings – at a $14mm valuation. This means they sell us 1,014,646 shares at 70 cents ea., costing us $710,252 cumulatively. We could insist that they share transaction costs if we want, which would reduce the valuation somewhat. Since I don't have from you a calc of Gross versus Net proceeds, I haven't included these calcs.

2. We offer this deal on 1 condition: that failure to meet the Operating Targets of the 2004 Low Case budget trigger termination for cause, at our option, if we terminate. We propose this because it would let us terminate Guy for poor performance without having to pay severance. We'd hate to have this payout, have him raise Q2, and then have to pay him severance. The Operating Targets are Bookings, Revenue, EBITDA, and Cash generation. There is a prohibition against deal acceleration to make plan, but and we would strengthen that to guard against desperate measures to make plan.

Finally, before we consent to this proposal, Bruce and I would each like to know where we come out on the actual net proceeds prior to this transaction. We've been told the gross profits were approx $11.65mm and net profits $11.4mm? Is that correct? At those levels and with this performance condition, we'd feel good about this proposal. Are we giving the team too much or being too harsh?

Charlie

Red = input

### Data

| | |
|---|---|
| Valuation - Sale to Team | $14,000,000 |
| Price Per Share | $0.70 |
| % Team Ownership | 17,500% |
| % SDI Sold in BSL Deal | 28.990% |

### Assumptions

| | |
|---|---|
| % We Let Team Sell (% of their shares) | 28.990% |

| Team Member | Total Team Shares | Team Pro Rata Sale (Shares) | Proceeds to Team & Cost to Saga |
|---|---|---|---|
| | | | |

1

| | | | |
|---|---|---|---|
| Stuff | 1,599,899 | 579,798 | $405,858 |
| Other | 1,500,000 | 434,878 | $304,394 |
| TOTAL | | | $710,252 |

| | |
|---|---|
| Nominal Sale Price, Inclusive of BSL Gain | $9,000,000 |
| Percent of Price | 7.9% |

| | |
|---|---|
| Estimated Actual Net Proceeds, Inclusive of BSL Gain | $11,400,000 |
| Percent of Price | 6.2% |

Charles C. Hale
DivestCap Management Corp
660 Madison Avenue, Floor 21
New York, NY 10021
Mobile: 617 818 2222
NY Office: 212 651 9023
charles@divestcap.com

Visit DivestCap at:
www.divestcap.com

*Growing Technology Divestitures with Knowledge & Capital*

-----Original Message-----
From: Vigder, Avi [mailto:Avi@sagecap.com]
Sent: Monday, April 19, 2004 1:55 AM
To: charles@divestcap.com; Golan, Daniel
Cc: Bruce Hill
Subject: RE: Summit Transaction and GP Ownership Distribution to Cavallo

i would like to do the final reconciliation once we have decided how much and what price are we buying stock from the employees. i am in tokyo this week but lets talk and decide what to do with them. i'll call you on monday.

    -----Original Message-----
    From: charles@divestcap.com [mailto:charles@divestcap.com]
    Sent: Mon 4/19/2004 12:13 AM
    To: Golan, Daniel
    Cc: Vigder, Avi; 'Bruce Hill'
    Subject: RE: Summit Transaction and GP Ownership Distribution to Cavallo

    Can i get a commitment to get this reconciliation done early this week?

    With thanks,
    C

    -----Original Message-----
    From: Golan, Daniel [mailto:Daniel@sagecap.com]
    Sent: Friday, April 16, 2004 8:45 AM
    To: charles@divestcap.com
    Subject: RE: Summit Transaction and GP Ownership Distribution to Cavallo

    Got it

2

From: charles@divestcap.com [mailto:charles@divestcap.com]
Sent: Thursday, April 15, 2004 5:50 PM
To: Golan, Daniel
Cc: Vigder, Avi; bruce@divestcap.com
Subject: Summit Transaction and GP Ownership Distribution to Cavallo

Denny,

To finish on the Summit / BSL deal, we need to take care of some housekeeping, and wish to tackle this in the next week so we can actually pay ourselves.

Avi proposed:

        a.  Avi gets 35% of the Management Co carried interest (called LMC I)

        b.  Carried interest is increased 5% to 25% once the IRR exceeds 25% in the investment

        c.  LMC portion is calculated on the total return from the transaction of $11.85 million

        d.  CCH and BGH effective portion is 65% of 25% for subsequent returns (16.25%)

        e.  Sightline has another 5% carried interest increase to 30% once the IRR exceeds 100%.

Fine. To execute on this structure, we believe you need to:

        1.  Wire more money into SDI Holdings LP to make the management company's carried interest align with the above formula.

          a.  Assuming gross profits were $[11.85]mm and net profits $[11.4]mm, the carry calc at the above formula comes to $[2,808,953].

          b.  SDI Holdings LP currently has $1,782,209.87. Therefore, you would need to wire in an additional $1,026,748.13. We made the initial distribution out of SDI Holdings as debt, so this transaction should be no problem

          c.  Our deal expenses were (i) legal if $19,822.98 (for the SPA work and legal / tax for SDI entity formation), and (ii) $4,485 for the 2 day turnaround on the EastPoint design and website. We had given an estimate of $25,000 between these two items, and, as you can see, ended up almost right on that. Assuming you baked our $25k into the gross, you would have to send additional money for this full amount $24,307.

        2.  SDI Holdings distributes the carried interest of $[2,808,953] in relationship to the 65%-35% split of profits. Therefore, approx. $983,135 gets wired out to Cavallo by us with the following adjustments

          a.  Management company expenses were minimal but would need to be deducted prior to the 65-35% split. We can discuss them item by item and you can approve them if you like. The only major one was a CEO headhunter fee Summit will reimburse the management company for, and hence will be an info that will accrue at that same ratio to Cavallo upon payback.

          b.  The management company would also pay back the $300k debt owed to Cavallo prior to the 65-35% calculation since it was the mgmt co that took the loan. The net financial effect is that we would be wiring an additional $195k for repayment of debt.

I am sending this on read receipt because our email has been having problems today.

Charlie and Bruce


Charles C. Hale
DivestCap Management Corp
660 Madison Avenue, Floor 21

3

New York, NY 10021
Mobile: 617 818 7222
NY Office: 212 651 9023
rbarlow@divestcap.com

**Visit DivestCap at:**
www.divestcap.com

*Growing Technology Divestitures with Knowledge & Capital*

divestcap

| | |
|---|---|
| From: | charles@divestcap.com |
| Sent: | Tuesday, April 20, 2004 2:54 PM |
| To: | 'Bruce Hill; Gal, Eldad; Sagi, Mor; Vigder, Avi |
| Subject: | Earn Out |
| Attachments: | image001.jpg |

Follow Up Flag:    Follow up
Flag Status:       Flagged

Subject to Attorney Client Privilege

Here's the earn-out language for each constituent whom we owe an earn-out.

## TO BANKRUPTCY ESTATE
*Language*

    (ix)    Additional consideration equal to ten percent (10%) of the post-tax cash flow of the Assets of the Company acquired by Purchaser, after return of the Purchase Price, any invested capital in the Company and after an internal rate of return of five percent (5%), during the period beginning on the end of the first full calendar month following the Closing and ending on the second anniversary of that date. Such amounts will be payable within forty-five (45) days following each of the first and second anniversaries of such month end.

    Note: confirmation of this language is also in the cross receipt/bill of sale.

*Comments*
- To my knowledge, the purchase price has not been returned to Oldpoint International
- Moreover, all capital generated currently remains invested in the company with the exception of capital distributed from the SightLine Systems distributorship in the United States. This capital is roughly $120,000, I think -- below the earn-out threshold. Moreover, this entity does not actually belong to the assets acquired -- it is a distributorship.
- Cash flow not defined

## TO DEEPHAVEN
*Language --*
In consideration of the payment of $100,000.00 from DivestCap or its assignee, the receipt and sufficiency of which is hereby acknowledged, the Investors hereby sell, assign, convey and otherwise transfer to DivestCap or its assignee any and all interests or claims either of them may have against PORTEL, Inc., a California corporation (the "Debtor"), including, without limitation, a) any claim arising under the Securities Purchase Agreement, dated as of July 18, 2000, as the same may have been amended from time to time thereafter, including the amendment of November 6, 2000 (the "Purchase Agreement"), b) any claim for liquidated damages arising under or relating to the Purchase Agreement or the transactions contemplated thereby, and c) any claim for fees, costs or expenses arising from any such transaction or any proceedings arising from or relating to any such transaction.

*Language -- in Fax*

Consideration:    US$100,000.00 cash plus five percent (5%) of DivestCap's distributed profits after DivestCap shall have received:
- o  Any invested capital in the assets of the Company
- o  An amount equal to 15% per each invested capital

*Comments*
- Note: Bill of Sale does not mention the royalty

1

- Looks pretty clear to me that we're not obligated to pay until DivestCap or its assignee takes profits. DivestCap hasn't taken any profits. Arguably, the intent of the language was broader though -- it meant any profits we as investors distribute. I can't speak to Oidpoint but believe all capital generated currently remains invested in the company with the exception of capital distributed from the SightLine Systems distributorship in the United States. However, this entity does not actually belong to the assets acquired -- it is a distributorship. So, it's ambiguous still. Profits in the distributorship, tax-wise, were 120k, for a royalty of $5k. If we were to count personal comp paid as carried interest profit, the number would be closer to $20k royalty.

Thoughts? Obviously, BSL involvement would change things quite a bit.

Charlie

Charles C. Hale
DivestCap Management Corp
660 Madison Avenue, Floor 21
New York, NY 10021
Mobile: 617 818 2222
NY Office: 212 651 9023
charles@divcapman.com

**Visit DivestCap at:**
**www.divestcap.com**

*Growing Technology Divestitures with Knowledge & Capital*

divestcap

| | |
|---|---|
| From: | Segi, Mor |
| Sent: | Monday, May 03, 2004 0:41 AM |
| To: | Vigder, Avi; Shlomo, Melcher |
| Subject: | FW: Materials |
| | |
| Follow Up Flag: | Follow up |
| Flag Status: | Flagged |

FYI, please talk with Bruce and Charlie and provide them with the info that they need, so we can move forward.
Thanks,
Mor

> -----Original Message-----
> From: Bruce Hill [mailto:bruce@divestcap.com]
> Sent: Mon 5/3/2004 8:55 AM
> To: Segi, Mor; charlie@divestcap.com
> Cc:
> Subject: RE: Materials
>
> Mor,
>
> As Charlie said, we need the April numbers from Shinno for GCI. He is
> sending the GCI corporate material that we requested. However, the due
> diligence list from BSL includes significant information about Sage and
> GCI (director identities, etc.) that we just do not have.
>
> We also need to have a call with Avi/Shlomo to make sure that they are
> comfortable with the tax approach we are taking - from we can send the
> document to BSL.
>
> I suggest that you, Charlie and I have a call to go over the BSL
> diligence list this evening to make sure that we all agree with is doing
> what.
>
> When will you be available.
>
> Bruce
>
> -----Original Message-----
> From: Segi, Mor [mailto:Mor@sagecap.com]
> Sent: Monday, May 03, 2004 2:38 AM
> To: charlie@divestcap.com; bruce@divestcap.com
> Subject: Materials
>
> Hi guys,
> How are we doing on the preparation of materials for BSL? What's the
> status? What do we still owe them? Please let me know if I can help you
> with Shlomo or anything else. We do not have much time.
>
> Thanks,
>
> Mor

1

**divestcap**

| | |
|---|---|
| From: | Bruce Hill [bruce@divestcap.com] |
| Sent: | Monday, May 03, 2004 9:47 PM |
| To: | 'Shlomo Meichor'; Vigder, Avi |
| Cc: | charles@divestcap.com; Bagi, Mor |
| Subject: | SightLine-BSL Tax Structure Call |

| | |
|---|---|
| Importance: | High |

| | |
|---|---|
| Follow Up Flag: | Follow up |
| Flag Status: | Flagged |

Shlomo/Avi

Can we have a call tomorrow to discuss and finalize the tax structure of SightLine post-BSL? I think we have a structure that works but I want to clear this all with you tomorrow so we can propose it to BSL. I would suggest 9:00 a.m. our time, 4 p.m. your time? If that works, I will call Avi's office at that time.

Bruce

**divestcap**

From:          Bruce Hill [bruce@solsticalg.com]
Sent:          Saturday, May 29, 2004 7:47 PM
To:            Vigder, Avi
Subject:       Your message

Follow Up Flag:    Follow up
Flag Status:       Flagged

Avi,

I got your message last night – it must have been very late for you. I'm sorry I missed your call. Thanks very much for your support – I appreciate it very much. I can certainly talk to you any time you want on Monday or any other time next week. Please don't disturb the last days of your holiday. Unfortunately, this experience is much more of a marathon than a sprint.

As I'm sure Charlie told you, we have a lot of very interesting opportunities right now. I think it should be a good summer.

Thanks again,

Bruce

1

**divestcap**

| | |
|---|---|
| From: | charles@divestcap.com |
| Sent: | Monday, June 14, 2004 11:44 PM |
| To: | Vigder, Avi |
| Cc: | bruce@divestcap.com |
| Subject: | FW: |
| | |
| Follow Up Flag: | Follow up |
| Flag Status: | Flagged |

Avi - I am taking your advice from our lunch a few weeks ago. Specifically, I am looking for a sr deal person. Bruce agrees too. We are also working the banks harder for bigger deals. Fred (emailed below) runs all tech for Cowen. Let me know if I'm revealing too much on our exit abilities.

Charlie

-----Original Message-----
From: charles@divestcap.com [mailto:charles@divestcap.com]
Sent: Monday, June 14, 2004 10:50 PM
To: 'fred.joseph@sgcowen.com'
Subject: RE:

Fred - sorry for my late response. We've been incredibly busy, in part because leverage is picking up. For one of our deals, RBOS just came in on a deal at a preliminary 3x Sr and 1.75x mezz with the mezz at 12% + 2% PIK - very aggressive.

I think I told you in Philly that we were focused on sub-Golden Gate deals.
I was wrong - we're well under way on a couple of large ones (> $30-50mm equity).

Especially with our spike in deal size, we really need to hire someone very senior. I wonder if you would have time to discuss if you know of anyone.
I'm looking for a senior tech exec who has done a lot of M&A (and not produced PRGN-like results). My role model is Larry Lenihan at Pequot who managed to hire Jerry Poch, the person who took Ameridata from a small size to $13bn in revs before selling to GE, and who has made many spectacular investments while helping grow the firm.

Also, largely because we have a unique (insofar as I know) ability gain partial liquidity events for big deals in certain world equity markets at very high valuations, just as we did with Summit as our trial, we would like to be a lot more proactive and aggressive on the buyside. Perhaps we could see what ideas your sponsor coverage group (or you) might have for divestitures. We need cash flow positive businesses, generally, for which we can pay decent prices, or the extreme opposite, which has been our DivestCap "classic value" deal.

Hoping to catch up soon, and apologies for my delinquent response.

Charlie

Charles C. Hale
Mobile: 617 818 2222
My Office: 212 651 9023
charles@divestcap.com

-----Original Message-----

1

From: fred.joseph@sgcowen.com [mailto:fred.joseph@sgcowen.com]
Sent: Friday, May 07, 2004 5:12 PM
To: charles@divestcap.com
Subject:

Hi Charlie,
sorry that it has taken so long to get back in touch, but here it is.
Hope business is good and look forward to speaking with you soon.
Fred

******************************************************************************
This message and any attachments (the "message") are confidential and intended solely for the
addressees.
Any unauthorised use or dissemination is prohibited.
E-mails are susceptible to alteration.
Neither SOCIETE GENERALE nor any of its subsidiaries or affiliates shall be liable for the
message if altered, changed or falsified.

******************************************************************************

divestcap
_____

From:           charles@divestcap.com
Sent:           Tuesday, June 15, 2004 12:23 AM
To:             Vigdor, Avi
Cc:             'Bruce Hill'; Michelle Yi (E-mail)'; Gal, Eldad; Sagi, Mor
Subject:        RE: Kenan Systems

Follow Up Flag:     Follow up
Flag Status:        Flagged


Bought for $260mm in 2002. CSGS may position higher but would probably let it go for what they paid for it.

It's roughly fairly valued -- on a comp basis, $40mm of high profile license worth $120mm, 350mm of maint worth
$180mm, and 70mm of svc worth $40mm.

Charles C. Hale
Mobile: 617 818 2222
NY Office: 212 651 9023
charles@divestcap.com

        -----Original Message-----
        From: Vigdor, Avi [mailto:Avi@ssageczp.com]
        Sent: Tuesday, June 15, 2004 12:17 AM
        To: charles@divestcap.com
        Cc: Bruce Hill; Michelle Yi (E-mail); Gal, Eldad; Sagi, Mor
        Subject: RE: Kenan Systems

        what is the expected price?

                -----Original Message-----
                From: charles@divestcap.com [mailto:charles@divestcap.com]
                Sent: Mon 6/14/2004 7:10 PM
                To: Vigdor, Avi
                Cc: Bruce Hill; Michelle Yi (E-mail); Gal, Eldad; Sagi, Mor
                Subject: Kenan Systems

                Avi --

                Michelle has been pursuing CSG Systems (Symb CSGS) for a while. We are under NDA with them.
                They have a division called Kenan they bought for $260mm from Lucent in 2002. Revs are somewhere
                between $160mm and $180mm. CSGS may position higher but would probably let it go for what they
                paid for it.

                The business has 230 customers. 75% of its revenues were generated outside the U.S. It is EBITDA break even,
                although (i) $10mm alone is wasted on frivolous R&D, and a service business is masking a highly profitable billing
                business (over $80mm in maintenance). Companies like AT&T Wireless, BellSouth, and Singapore Telec use Kenan
                for its billing software (billing mediation, real-time rating engines, revenue settlement solutions, etc). HIGHLY
                mission critical and embedded. Written entirely in COBOL. Needless to say, we know how to get businesses like
                this to more appropriate EBITDA margins.

                Could we find a Japanese angle here? The question marks are (i) whether we could manage Kenan to get
                the cash flow we'd need to get a lift on the Japanese markets, (ii) what CSG would require with their stock
                being so overpriced, and (iii) whether we could get any material leverage -- probably tough with the no
                substantial trailing EBITDA.

                Thoughts?

1

Charlie

Charles C. Hale
DivestCap Management Corp
660 Madison Avenue, Floor 2?
New York, NY 10021
Mobile: 617 818 2222
NY Office: 212 651 9023
charles@divestcap.com

**Visit DivestCap at:**
www.divestcap.com

*Growing Technology Divestitures with Knowledge & Capital*

2

divestcap

| | |
|---|---|
| From: | Hale, Charles [charles@divestcap.com] |
| Sent: | Tuesday, August 17, 2004 1:52 PM |
| To: | Steinmetz, Raz |
| Cc: | Hill, Bruce; Yi, Michelle; Vigder, Avi |
| Subject: | RE: McNutt & Litteneker |
| Attachments: | CrescentAppointment.pdf |
| | |
| Follow Up Flag: | Follow up |
| Flag Status: | Flagged |

Working on getting more info. Will send as soon as I get it.

Any leads on the creditors' committee? This list shows the creditors with their contact detail. I just called Citizens Watch and Media Solutions to put a good word in for McNutt.

I also called BofA Levered Finance to figure out whose credit this is in the workout group. Should have some intel soon and will then call that person – high level intro call only since we don't know the power spot in the cap structure yet.

Charlie

Charles C. Hale
Mobile: 617 818 2222
NY Office: 212 651 9033
charles@divestcap.com

From: Raz Steinmetz (Cavallo) [mailto:raz@cavellocapital.com]
Sent: Tuesday, August 17, 2004 2:26 PM
To: Hale, Charles
Subject: Re: McNutt & Litteneker

send me more on the jewelry chain

—— Original Message ——
From: Hale, Charles
To: Vigder, Avi ; Steinmetz, Raz
Cc: bruce@divestcap.com ; michelle@divestcap.com
Sent: Tuesday, August 17, 2004 6:17 AM
Subject: McNutt & Litteneker

McNutt & Litteneker is the California bankruptcy counsel that represented us for FORTEL (SightLine). They are excellent.

They have 2 deals for us and something I thought we might be able to help them on.

First, the help:

Crescent Jewelers just filed for Chapter 11. The Creditors Committee consists of ~7 wholesale jewelers. McNutt wants to represent the Creditors Committee. I faxed the list to Gaia, along with collateral on the firm. Of the circled names, are there any you (a) know, and (b) would feel comfortable calling and recommending McNutt? If yes, great, we should be doing favors for these guys. If not, thanks for considering.

Second, the deals. There are a couple I want to mention briefly, both from McNutt.

1

1. Chevy's is a California restaurant chain with $18mm in EBITDA, and stable.  McNutt thinks we have a window to prevail as a stalking horse at approx. 3 times EBITDA.  If he's right, we ought to be able to recap at 3 times (eg zero equity).  Maybe too good to be true, maybe not.  Anyway, he's got a good management team lined up, and we as a group should take a look.  I am having a call with the possible management team tomorrow.

2. Very confidential: IP buyout from the @Home bankruptcy.  We're moving ahead with McNutt on buying out the IP portfolio they have been managing for the @Home bankruptcy.  McNutt knows this portfolio cold, the estate has to be liquidated, McNutt has done a tremendous amount of discovery work on it at estate expense, and we have a model that increases margin of safety by having the IP law firms take their fees in a pre-capped class of equity.  The patents are mostly search, I think.  This is a wild card, high-potential transaction.  Very early stage.

Agfa and all other deals still in process except our unsolicited Aether Transportation Software bid, which won't go anywhere as of this morning.  The rival definitive was too tight and, using their new fund, Platinum paid a price we wouldn't want to match.  At least we forced them to pay a lot without expending material effort or time.

Charlie

=============
CHEVY'S NOTES:
Overview
- Owned by Pepsico.  Spun out into JW Childs.  Sucked money out of it keeping debt.  Deal he had to sell it collapsed.  Filed.
- Cash positive before debt service and always has been
- Operating in Ch 11 for 10 months
- 18mm EBITDA
- Revenue unknown

McNutt interested because:
- Very fouled up.  Languishing.
- atiny and prof fees 3.5mm
- main debt
  o RBoS - $45mm sr.
    ▪ Were going to be DIP lender but Foothill and AbleCo undercut on pricing with huge fee
    ▪ --> Primed RBoS
  o DIP is $20mm, $15mm drawn.
  o $50mm unsecured.
    ▪ 50% owed to Childs – possibly subject to equitable subordination

To put deal together:
- Senior debt will probably take some sort of haircut – 5 or 10 cents off the top
- $45mm + Foothill
- Needs to be enough money to have $15mm in operating capital
- 10 cents on dollar for unsecured, or $5mm
- TOTAL: $55mm lowest possible acquisition price

2

**Parties in play**
- Sun Capital has surfaced as likely stalking horse bidder
- Competing reorg plan

**Team**   Mc Natt
- Fred Selinger -- with small investment banking firm called Sutter Securities. Restaurant Co turnaround CEO. Trying to be separated from Sutter for this deal because Sutter is registered broker / dealer
- Chuck Frank – owned major national restaurant chain. Now CEO of McGregor Golf
- Have identified senior management team

**What is Chevy's and is it a falling knife?**
- Chevy's = expensive Mexican food for white people. People who Scott trusts believe it is not a falling knife. Still makes money
- Neglected for a year

**Plan**
- be stalking horse, negotiate with RBCS, Foothill
- have call with Operators

3

divestcap

**From:** Hill, Bruce [Bruce@divestcap.com]
**Sent:** Tuesday, November 02, 2004 8:14 PM
**To:** Hale, Charles; Scott H. McNutt; Rebecca U. Litteneker; Bethany N. Marshall
**Cc:** Hill, Bruce; Yi, Michelle; Vigder, Avi; Gal, Eldad
**Subject:** RE: Datatec

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

Just a few supplementary points.

The company is basically out of cash. Therefore, the advisors have told us that speed and certainty of closure is more important than value.

The issue with the Palladin security at the holding company level is that the A/R in which they are secured is held there, but the actual services that gave rise to the A/R appear to have been performed by the subs. I would think that there is some danger that the court would therefore pull the A/R back down to the operating co. level and make it subject to the IBM security interest.

The workforce in the field is unionized. The advisors say this contract can be rejected in bankruptcy. Is that true?

Bruce

**From:** Hale, Charles
**Sent:** Tuesday, November 02, 2004 5:17 PM
**To:** Scott H. McNutt; Rebecca U. Litteneker; Bethany N. Marshall
**Cc:** Hill, Bruce; Yi, Michelle; Vigder, Avi; Gal, Eldad
**Subject:** Datatec

We have a FRTL like situation. Strong time sensitivity.

## CREDITORS
Palladin – 4m face debt secured at holding co.
- Probably jr to IBM b/c holding co security.
- Asking 50 cents on dollar because position is that AR is at holding company level and they can therefore be sr to IBM. Specious (?)
- From a PIPE
- Would probably accept a $1mm purchase price

IBM: 30m face value debt
- Want ≈ 13 cents on dollar. Would probably sell for $2.4mm
- Probably senior. Secured against op co. Investigating
- Tentatively agreed with Palladin to u $4mm IBM / $2mm Palladin / $4mm DIP if someone were to pay $10mm.

## VALUE OF COMPANY
- In liquidation: $2mm
- As going concern: much more
- Risk of liquidation: High. Company out of cash.

## OUR POTENTIAL STRATEGY
- Depends on relative seniority of IBM vs Palladin

2

IBM as essentially a stalking horse: we'll pay $[1.8]mm.  If someone overbids by x, you can
r offer if we get our expenses and a fee covered
es IBM a floor
n lock them up.
Palladin: offer $1 mm if we win.  This may be a de facto blocking position because would
the process and company is out of cash

.S
ewark
n Sandler – BK advisors
cash.
s a "wire puller" – low end svcs.

:losure is more

t started 10min ago thru 7:16pm.  Bruce – please add or amend at will...

ed is held there,
ink that there is
it subject to the

nt Corp
Floor 21

; that true?

)23
m

at:
:om

ogy *Divestitures with Knowledge & Capital*

they can

cone were to pay

divestcap

| | |
|---|---|
| **From:** | Hill, Bruce [Bruce@divestcap.com] |
| **Sent:** | Tuesday, November 02, 2004 8:14 PM |
| **To:** | Hale, Charles; Scott H. McNutt; Rebecca U. Lilteneker; Bethany N. Marshall |
| **Cc:** | Hill, Bruce; Yi, Michelle; Vigder, Avi; Gal, Eldad |
| **Subject:** | RE: Datatec |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Just a few supplementary points.

The company is basically out of cash. Therefore, the advisors have told us that speed and certainty of closure is more important than value.

The issue with the Palladin security at the holding company level is that the A/R in which they are secured is held there, but the actual services that gave rise to the A/R appear to have been performed by the subs. I would think that there is some danger that the court would therefore pull the A/R back down to the operating co. level and make it subject to the IBM security interest.

The workforce in the field is unionized. The advisors say this contract can be rejected in bankruptcy. Is that true?

Bruce

**From:** Hale, Charles
**Sent:** Tuesday, November 02, 2004 6:17 PM
**To:** Scott H. McNutt; Rebecca U. Lilteneker; Bethany N. Marshall
**Cc:** Hill, Bruce; Yi, Michelle; Vigder, Avi; Gal, Eldad
**Subject:** Datatec

We have a FRTL like situation. Strong time sensitivity.

## CREDITORS
Palladin = 4m face debt secured at holding co.
- Probably jr to IBM b/c holding co security.
- Asking 50 cents on dollar because position is that A/R is at holding company level and they can therefore be sr to IBM. Specious (?)
- From a PIPE
- Would probably accept a $1mm purchase price

IBM: 30m face value debt
- Want = 13 cents on dollar. Would probably sell for $2.4mm
- Probably senior. Secured against op co. Investigating
- Tentatively agreed with Palladin to a $4mm IBM / $2mm Palladin / $4mm DIP if someone were to pay $10mm.

## VALUE OF COMPANY
- In liquidation: $2mm
- As going concern much more
- Risk of liquidation: High. Company out of cash.

## OUR POTENTIAL STRATEGY
- Depends on relative seniority of IBM vs Palladin

1