The "GCITODO_2" word doc answers the questions you posted. The other attachments are an upload of the contracts I believe GCI to have signed.

Best regards,
Charlie

Charles C. Hale
Mobile: 617 818 2222
NY Office: 212 651 9023
charles@divestcap.com

-----Original Message-----
**From:** Shlomo Melchor [mailto:shlomo@gaiainv.com]
**Sent:** Monday, June 28, 2004 10:50 AM
**To:** charles@divestcap.com
**Subject:**

test

3

## divestcap

From:          Hale, Charles [charles@divestcap.com]
Sent:          Wednesday, August 18, 2004 11:27 AM
To:            Shlomo Meichor; Hill, Bruce
Cc:            paul@sd.com
Subject:       Re: GCI [Virus checked GB]

Follow Up Flag:    Follow up
Flag Status:       Flagged

Shlomo ~ swamped but will tackle.


-----Original Message-----
From: Shlomo Meichor <shlomo@gaiainv.com>
To: Hale, Charles <charles@divestcap.com>; Hill, Bruce <Bruce@divestcap.com>
Sent: Wed Aug 18 10:00:50 2004
Subject: FW: GCI [Virus checked GB]


Hi Bruce and Charlie, Attached please find the last comments that E&Y have with respect to the financial statements of GCI. I believe that by providing them with a letter from Sight line (SL)) as a distributor saying that their ending customer has no Legal rights with GCI and there for can not come back to GCI with any claims re maintenance.
This maintenance is the sol responsibility of SL.
Since we need to finalize it soon  please let me know if you can provide such letter.
Shlomo

1

## divestcap

| | |
|---|---|
| From: | Hale, Charles [charles@divestcap.com] |
| Sent: | Monday, August 30, 2004 1:16 PM |
| To: | Hale, Charles; Shlomo Melchor |
| Cc: | Hill, Bruce |
| Subject: | RE: Emailing: GCI-SSC Distribution Agreement.doc, GCI-SDC Development Agreement.doc |

| | |
|---|---|
| Follow Up Flag: | Follow up |
| Flag Status: | Flagged |

Shlomo - I found these docs. All set. Thanks.

Would you mind sending me the updated bank fax please? I'd like to cut you a check for the product purchase through at least June. We have some pretty significant cash here.

Charlie

Charles C. Hale
Mobile: 617 818 2222
NY Office: 212 651 9023
charles@divestcap.com

-----Original Message-----
From: Hale, Charles
Sent: Monday, August 30, 2004 12:48 PM
To: 'shlomo@gaizinv.com'
Cc: Hill, Bruce
Subject: Emailing: GCI-SSC Distribution Agreement.doc, GCI-SDC Development Agreement.doc

Shlomo - I know you signed the stock purchase docs for SSC and SDC (thank you) but did you ever sign the distributor agreements? I don't have them in my records with your sig, and need them for my audit.

Apologies if it's an error on my end. Please let me know. Thank you.

1

## divestcap

| | |
|---|---|
| From: | Hale, Charles [charles@divestcap.com] |
| Sent: | Saturday, December 18, 2004 5:25 PM |
| To: | Shlomo Melchor |
| Cc: | Hill, Bruce; Eldad Gal; Avi Vigder |
| Subject: | Year End SightLine GCI Reconciliation |

Follow Up Flag:     Follow up
Flag Status:        Flagged

Shlomo,

We need to make the annual "product purchase payment" from SightLine to GCI. I would like to initiate the wire before Dec 26 since I may be going out of the country that day through Jan 2. In preparation for this wire:

(a) Would you please fax me the October, November, and December GCI bank fax to +1 509 463 4299? I need these sheets to update the financials and calc the payments. I know you sent October once before but it would be helpful for me to get it again.

(b) Can we please have a conference call sometime this week to discuss and agree on certain mechanics related to the above? Again, to arrive at an optimal structure, we need to have at least a quick conversation on this topic pretty soon.

GCI should be getting in an additional $500k before year end, closing the year around $2m. SSC could finish very strong with an additional $1m right at year end or in the first week of Jan, closing the year at $2.0 - $2.5m.

Charlie

1

divestcap

| From: | Hale, Charles [charles@divestcap.com] |
|---|---|
| Sent: | Tuesday, December 28, 2004 10:35 PM |
| To: | Shlomo Meichor |
| Cc: | .Hill, Bruce |
| Subject: | Updated Bank Fax |

Follow Up Flag:    Follow up
Flag Status:       Flagged

Shlomo -- I am zeroing in on the year end calc. Would you please let me know if the bank received any wires post 09.12.2004 (eg the last date on the last fax)? We should have had a wire of about $145k a week ago.

Will have the wire amount by Thurs. Madly scrambling to close the books and figure out the numbers.

Thanks.

Charlie

PS -- BEST FAX IS + 509 463 4239!

Charles C. Hale
DivestCap Management Corp
660 Madison Avenue, Floor 21
New York, NY 10021
Mobile: 617 818 2222
NY Office: 212 651 9023
charles@divestcap.com

Visit DivestCap at:
www.divestcap.com

*Growing Technology Divestitures with Knowledge & Capital*

1

**divestcap**

| | |
|---|---|
| From: | Hale, Charles [charles@divestcap.com] |
| Sent: | Tuesday, December 28, 2004 10:38 PM |
| To: | Shlomo Meichor |
| Cc: | Hill, Bruce |
| Subject: | RE: Updated Bank Fax |

| | |
|---|---|
| Follow Up Flag: | Follow up |
| Flag Status: | Flagged |

Correction: Shlomo – I see the $147k dated 12.20.2004. Please let me know if anything pops up from after that date.
Thanks.

Charlie

Charles C. Hale
Mobile: 617 818 2222
NY Office: 212 651 9023
charles@divestcap.com

**From:** Hale, Charles
**Sent:** Tuesday, December 28, 2004 10:35 PM
**To:** 'CEO Shlomo Meichor (shlomo@gaiainv.com)'
**Cc:** Hill, Bruce
**Subject:** Updated Bank Fax

Shlomo – I am zeroing in on the year end calc. Would you please let me know if the bank received any wires post 09.12.2004 (eg the last date on the last fax)? We should have had a wire of about $145k a week ago.

Will have the wire amount by Thurs. Madly scrambling to close the books and figure out the numbers.

Thanks.

Charlie

PS – BEST FAX IS + 509 463 4239!

Charles C. Hale
DivestCap Management Corp
660 Madison Avenue, Floor 21
New York, NY 10021
Mobile: 617 818 2222
NY Office: 212 651 9023
charles@divestcap.com

**Visit DivestCap at:**
www.divestcap.com

*Growing Technology Divestitures with Knowledge & Capital*

1

## divestcap

| | |
|---|---|
| From: | Hale, Charles [charles@divestcap.com] |
| Sent: | Wednesday, December 29, 2004 2:00 PM |
| To: | Shlomo Melchor |
| Cc: | Hill, Bruce; Wendolyn Diggs; Paul Bogonis |
| Subject: | RE: Glen ridge |

| | |
|---|---|
| Follow Up Flag: | Follow up |
| Flag Status: | Flagged |

Shlomo -- I am wiring $1million right now. It will be coming from Summit Design's Chase Bank account because, for logistical reasons, Chase required that I transfer the money first from SightLine to Summit

We will have another wire for you that I will initiate Thurs early AM in person. We are tracking almost exactly on the $4m number I gave earlier, split 50-50 between SSC pre-product purchase and GCI.

It's tricky because GCI should get a big wire tomorrow and SSC is getting a large one now. I will have scrubbed numbers tomorrow PM post 2nd wire.

Charlie

Charles C. Hale
Mobile: 617 818 2222
NY Office: 212 651 9023
charles@divestcap.com

From: Shlomo Melchor [mailto:shlomo@gaiainv.com]
Sent: Tuesday, December 21, 2004 10:00 AM
To: Charles@sagecap.com
Subject: Glen ridge

Please wire to :

HSBC Suisse
Account name : Glen ridge
Account no : 1833191
Swift code BLICCHGG
IBN NO.: CH6306689050911303030

please let me know when you send it so that I can follow up
Shlomo

1

## divestcap

| | |
|---|---|
| From: | Hale, Charles [charles@divestcap.com] |
| Sent: | Friday, December 31, 2004 11:11 AM |
| To: | Shlomo Meichor |
| Cc: | Hill, Bruce |
| Subject: | Fw: Sales Analysis + Payment |
| Attachments: | image001.jpg |

| | |
|---|---|
| Follow Up Flag: | Follow up |
| Flag Status: | Flagged |

Here's that 330k ...

Charlie

-----Original Message-----
From: David Jordan <david.jordan@ithaca-solutions.com>
To: Hale, Charles <charles@divestcap.com>
Sent: Fri Dec 31 06:22:09 2004
Subject: RE: Sales Analysis + Payment

Cb <<image001.jpg>> arlie,

The Sterling amount to be transferred today is £171,889.50.

Regards,

David Jordan

Ithaca Solutions Limited

Telephone: + 44 (0) 7855 941997

-----Original Message-----
From: Hale, Charles [mailto:charles@divestcap.com]
Sent: 30 December 2004 16:59
To: david.jordan@ithaca-solutions.com
Subject: RE: Sales Analysis + Payment

David – yes please. I didn't realize we were actually converting the dollars back into pounds and sterling! Someone over there was obviously smarter than I about the value of our dollar, soon to be on par with the Argentinean peso.

Thanks.

1

Charlie

PS – how much will that amount be in Sterling?

Charles C. Hale
Mobile: 617 818 2222
NY Office: 212 651 9023
<BLOCKED:mailto:charles@divestcap.com> charles@divestcap.com

From: David Jordan [mailto:david.jordan@ithaca-solutions.com]
Sent: Thursday, December 30, 2004 11:58 AM
To: Hale, Charles
Subject: RE: Sales Analysis + Payment

Charlie,

No, I have received no such email. I assume you want me to pay to Glenridge Commercial Corporation in Sterling. Is this correct?

Regards,

David Jordan

Ithaca Solutions Limited

Telephone: + 44 (0) 7855 941997

-----Original Message-----
From: Hale, Charles [mailto:charles@divestcap.com]
Sent: 30 December 2004 14:49
To: david.jordan@ithaca-solutions.com
Cc: Hill, Bruce; reg.webb@pawis.com; dee.walker@pawis.com; debi.ray@sightlinesystems.com
Subject: RE: Sales Analysis + Payment

David – did you get any email asking for NO CONVERSION if paid in sterling or euros? Thanks.

Charlie

2

Charles C. Hale
Mobile: 617 818 2222
NY Office: 212 651 9023
<BLOCKED:mailto:charles@divestrap.com> charles@divestrap.com

From: David Jordan [mailto:david.jordan@ithaca-solutions.com]
Sent: Thursday, December 30, 2004 6:36 AM
To: Hale, Charles
Cc: Hill, Bruce; rea.webb@pawis.com; dee.walker@pawis.com; debi.ray@sightlinesystems.com
Subject: Sales Analysis + Payment

Charlie,

Please find attached the latest Sales Analysis Schedule plus a payment Schedule. The payment will be lodged with our bank tomorrow.

Regards,

David Jordan

Ithaca Solutions Limited

Telephone: + 44 (0) 7855 941997

3

## divestcap

From:            Charles Hale [charles@divestcap.com]
Sent:            Sunday, July 24, 2005 9:26 AM
To:              Shlomo Meichor
Subject:         RE:

Follow Up Flag:  Follow up
Flag Status:     Flagged


Thanks, Shlomo.  Since I'm traveling, would you please fax it to my
efax: 512-727-5606?

Thanks.

Charlie

Charles C. Hale
Mobile: 617 818 2222
NY Office: 212 651 9823
charles@divestcap.com

-----Original Message-----
From: Shlomo Meichor [mailto:shlomo@gaiainv.com]
Sent: Sunday, July 24, 2005 3:45 AM
To: Charles Hale
Subject: RE:

Hi Charlie,
Welcome to Israel,
Will take care of it tommorow
Shlomo

-----Original Message-----
From: Charles Hale [mailto:charles@divestcap.com]
Sent: Monday, July 11, 2005 8:21 PM
To: Shlomo Meichor
Subject:

Shlomo - thanks for the June GCI payments.  The last fax was of May 11, meaning that I have
only partial data for May.  Could you please fax a revised May as well?  With thanks,


Charlie.


Charles C. Hale
DivestCap / Sage
660 Madison Avenue, Floor 21
New York, NY 10021
Mobile: 617 818 2222
NY Office: 212 651 9823
 <blocked::mailto:charles@divestcap.com> charles@divestcap.com

1

<http://www.sagecap.com/> www.sagecap.com   <http://www.divestcap.com/> www.divestcap.com

2

## divestcap

| | |
|---|---|
| **From:** | Charles Hale [charles@divestcap.com] |
| **Sent:** | Monday, August 01, 2005 8:29 PM |
| **To:** | Shlomo Meichor |
| **Subject:** | Re: |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Shlomo - thanks for getting back to me. I think I'll just do a letter of credit. It ties up a lot of cash but its probably better than risking nexus.

-----Original Message-----
From: Shlomo Meichor <shlomo@gaisinv.com>
To: Charles Hale <charles@divestcap.com>
Sent: Sun Jul 31 04:45:53 2005
Subject: RE:

Charlie,
Can it be approved just by a lawyer(which we can do internally since we have a lawyer at the office)

---

From: Charles Hale [mailto:charles@divestcap.com]
Sent: Friday, July 29, 2005 3:47 PM
To: Shlomo Meichor
Subject: FW:
Importance: High

Shlomo – the following is very time sensitive. We need GCI to guarantee the Sightline lease since SSC has minimal assets and cash. Can GCI do that?

I will call you right away.

Charlie

Charles C. Hale
Mobile: 617 818 2222
NY Office: 212 651 9023
charles@divestcap.com <BLOCKED::mailto:charles@divestcap.com>

---

From: June Clark [mailto:jclark@Guardian-Realty.com]
Sent: Wednesday, July 27, 2005 4:01 PM
To: Charles Hale
Subject:
Importance: High

1

Attached is the Guarantee for your signature. If necessary, you can return the Guarantee by separate cover letter. If you have any questions, please call.

June Clark

tel: (301) 417-6161

fax: (301) 417-6199

jclark@guardian-realty.com

The information contained in this E-mail message is privileged, confidential, and is protected from disclosure. If you are not the intended recipient, please be aware that any other use, printing, copying, disclosure, dissemination, and the taking of any act in reliance on this communication is strictly prohibited. If you think you have received this E-mail message in error, please delete it and notify the sender.

## divestcap

| | |
|---|---|
| From: | Charles Hale [charles@halemail.org] |
| Sent: | Wednesday, September 14, 2005 12:08 PM |
| To: | Shlomo Melchor |
| Subject: | FW: Wire Transfer |

| | |
|---|---|
| Importance: | High |

| | |
|---|---|
| Follow Up Flag: | Follow up |
| Flag Status: | Flagged |

Shlomo – is the following BS? Thx

From: Oscar Jimenez [mailto:ojimenez@asclisa.com]
Sent: Wednesday, September 14, 2005 9:54 AM
To: 'Charles Hale'
Subject: RE: Wire Transfer
Importance: High

Good morning,

I am re-sending this e-mail.

Good afternoon,

Our bank notified us that the last wire transfer was rejected because a problem with the Bank Info/Beneficiary info.

We used the following information:

Beneficiary info is:

Geneva Management Group
Shlomo Melchor
8 PICTET DE ROCHEMONT
1207 GENEVA

Switzerland


The bank wire info is:

HSBC Suisse [Bank: HSBC Republic Bank (SUISSE)S.A]
Account Name: Glenridge Commercial Inc.
Account no : 1383191 [revised - formerly 1383191]
Swift code BLICCHGG
IBN NO,: CH6309659050911303030

    Rue Alfred Vincent 2

    Geneva


Can you please verify that information or verify if there is any problem with your bank? Our bank called again that if we do not solve this problem, the money is going to be send back.

1

Regards,

Oscar Jimenez.

2

## divestcap

From:          Charles Hale [charles@divestcap.com]
Sent:          Friday, September 30, 2005 8:29 AM
To:            Shlomo Meichor
Subject:       Fw: Payment

Follow Up Flag:    Follow up
Flag Status:       Flagged

Shlomo - do you know what is going on here?  Thanks

-----Original Message-----
From: David Jordan <david.jordan@pawis.com>
To: Charles Hale <charles@divestcap.com>
Sent: Fri Sep 30 07:41:04 2005
Subject: Payment

Charlie,

We have been advised by our bank that the last payment on 16th September 2005 has been rejected by the bank in Switzerland. The bank in Switzerland have stated that there is no longer an account in the name of Glenridge Commercial Corporation. Is this correct and if so can you please advise us of the new details in order that we can remit this payment to you and a further payment we wish to make as soon as possible.

Regards

David Jordan
Intelligent Solutions Limited
Telephone: +44 7855 941997

1

**divestcap**

| | |
|---|---|
| From: | Charles Hale [charles@divestcap.com] |
| Sent: | Sunday, February 19, 2006 12:52 AM |
| To: | Gilad; Bruce Hill; Danny Golan; Mor Sagi; Shlomo Melchor |
| Subject: | Book2.xls |
| Attachments: | Book2.xls |
| | |
| Follow Up Flag: | Follow up |
| Flag Status: | Flagged |

FYI - DRAFT GCI GAAP financials done. Now turning to SSC.

$2.4m cash actually came into GCI in 2006.  This number is still before the SSC payment, which is pending calculation of the results.

Charlie

1

## divestcap

| | |
|---|---|
| **From:** | Charles Hale [charles@divestcap.com] |
| **Sent:** | Saturday, March 11, 2006 7:47 PM |
| **To:** | gilad@hartbey.com; Eldad Gal; Shlomo Melchor |
| **Cc:** | Michelle Yi |
| **Subject:** | RE: Pro Forma SAC GCI 20060307.xls |
| **Attachments:** | International Distributor Agreement (Pathway)_3.F.doc; Domestic Distributor Agreement Stratus 10-30-03 [revised ..pdf; International Distributor Agreement - ASCII_2.0 _Final_sign..pdf; International Distributor Agreement - MegaData_5.F.doc |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Okay response?

Shlomo -- I still need the signed copy of the GCI SSC distrib doc. Do you still have it?

Charlie

= = = = = = =

Jack,

I am taking the questions and CAPS questions in order. Here is where I think we stand:

1.    Audited financials for Sightline and GCI

a.    We do not have audited financials for GCI. I can provide a bank ledgers.

2.    Copies of agreements between Sightline and GCI including the Licensing and Royalty Agreement between these two entities

a.    In process

3.    Copy of distribution agreements

a.    I do not have the signed copies since Glenridge is the signee. I do, however, have copies of the final agreements. For now, I trust these can suffice.

<<International Distributor Agreement (Pathway)_3.F.doc>>

<<Domestic Distributor Agreement Stratus 10-30-03 [revised _.pdf>>

<<International Distributor Agreement - ASCII_2.0_Final_sign....pdf>> <<International Distributor Agreement - MegaData_5.F.doc>>

4.    Change in control agreements which will result in severance or other payments to current employees of Sightline and GCI

a.    There are none. We have no severance agreements.

1

a.    This schedule represents the GCI and SSC P&Ls. The principal differences from this P&L and cash will be (i) large end of year billings that typically get paid the first week of January, (ii) deferred compensation from bonuses, which is material when SSC exceeds plan (which we have done each year), and (iii) management fees and dividends, which I have added back in the pro forma. These management fees are what DivestCap charges SSC. They serve as compensation to DivestCap for buying and managing SightLine. GCI dividends cash out, which is likewise how GCI compensates its principals. IT IS NOT CLEAR FROM THIS EXPLANATION WHICH IF ANY AMOUNTS HAVE BEEN ADDED BACK, PLEASE PROVIDE A SPECIFIC BREAKDOWN OF THE AMOUNTS BY CATEGORY AND WHETHER THEY ARE INCLUDED IN THE FINANCIALS

> 1. There are no add-backs except for approximately a $100,000 management fee from the holding company, a legal bill in year 1 of $50,000 from the transaction, and $100,000 debt payback from the transaction. The other debits are simply profit withdrawls in the form of dividends from GCI and management fees. The full P&L will detail these.

b.    This schedule excludes all pro formas. SightLine is burdened by DivestCap's salaries and expenses. The EBITDA number has not been adjusted upward for these expenses. PLEASE PROVIDE A BREAKDOWN OF THESE AMOUNTS AND WHETHER THESE EXPENSES WILL CONTINUE TO BE CHARGED TO SIGHTLINE POST-CLOSING

1. The non-operating expenses that have NOT been added back are $500,000 per year for the following: Salaries for Bruce Hill, Charles Hale, and Michelle Yi at $200,000, $200,000, and $100,000. These will not be charged after closing unless our new CEO hire is not completed. If LAC wishes, we could stay actively involved in management of the company. If we were, we would envision allocating approximately $250,000 for total compensation (we believe market rates are about $210,000 for base compensation with $50,000 bonus and up to $50,000 additional in the event of extraordinary results).

a.    I do not understand why this level of detail is important at this time.  AS WE UNDERSTAND THE TRANSACTION WE WILL BE PURCHASING AN OWNERSHIP STAKE IN BOTH COMPANIES AND THAT DIVESTCAP DOES NOT OWN GCI. WE NEED TO UNDERSTAND THE CASH FLOWS TO EACH ENTITY TO UNDERSTAND HOW THE VALUE SHOULD BE ALLOCATED BETWEEN ENTITIES. WE ALSO NEED TO UNDERSTAND THE CASH FLOWS BETWEEN ENTITIES TO AVOID ANY DOUBLE COUNTING OF REVENUES PAID TO GCI BY SIGHTLINE

1. Okay. I have the detailed P&Ls and will publish them asap

b.    GCI bookings are currently recorded as the sale amount to the distributors (eg a "net" basis, which lowers revenue). The most advantageous and clearest way for GCI to account for the bookings MAY be to record gross, which shows (i) the end user sale in revenue and (ii) deducts the distributor product discount. Frankly, accounting questions for GCI are beyond my purview – SSC is paid by GCI just to maintain simple, accurate net financials. The fact of the matter, however, is that (i) adding gross data isn't complicated, (ii) gross vs net reporting doesn't affect cash, (iii) the initial net view that estimates gross is generally considered more conservative, and (iv) I will work with GCI to have the gross detail as this process progresses. PLEASE PROVIDE THE NAME OF THE ACCOUNTING CONTACT WE SHOULD TALK WITH AT GCI

1. Again, GCI does not have an accountant engaged. We can engage one, but I think doing so should be confirmatory diligence.

a.    Headcount is base and bonus for SightLine's employees. OpEx includes the following. We will have the detail in the full P&Ls, which will match the summary detail. WHEN CAN WE EXPECT TO RECEIVE THE FULL P&L'S

1. This Tuesday.

Accounts Paid - Other Suppliers
Contractor: Engineering
Contractor: IT & Accounting
Rent
T&E
Deposits (rent)
MGS Royalties
Marketing
Discounts
Depreciation and Amortization
Bad Debt Expense - Acquired AR
Bad Debt Expense
Other Operating Costs

8.    What are the total employees by legal entity.

a.    SightLine has 16, which includes three from DivestCap, which I have not pro-forma'd out of the historical costs. I believe GCI has 1 engineer and 1 person (Shlomo) who administers the agreements with distributors. WE NEED TO UNDERSTAND WHICH OF THE DIVESTCAP PERSONNEL WILL REMAIN WITH SIGHTLINE POST-CLOSING. WE ALSO NEED A BREAKDOWN OF TOTAL SALARIES AND BENEFITS FOR THE SIGHTLINE AND GCI EMPLOYEES

1. Please see above. Regarding the breakdown of salaries, I can provide those in the model. The average base salary is $65,000. The average bonus depends on our results, but has generally been $30,000 (highly levered comp plans based on cash performance).

regards, jack

-----Original Message-----
From: Charles Hale [mailto:charles@divestcap.com]
Sent: Tuesday, March 07, 2006 3:25 PM
To: Bradley, Jack
Cc: Gilad; eidad@sagecap.com; Michelle Yi
Subject: Pro Forma SSC GCI 20060307.xls

Jack - pro forma attached.

Best regards,

Charlie

Bingham McCutchen LLP Circular 230 Notice: To ensure compliance with IRS requirements, we inform you that any U.S. federal tax advice contained in this communication is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of avoiding any federal tax penalties. Any legal advice expressed in this message is being delivered to you solely for your use in connection with the matters addressed herein and may not be relied upon by any other person or entity or used for any other purpose without our prior written consent.

3

ASCII S.A.
Teléfono (506)273-6565
Fax     (506)273-1635
Celular (506)384-0768
e-mail  OJIMENEZ@ASCIISA.COM

| | |
|---|---|
| Guy Bonney | Phone: (804)379-0230 |
| MGS, Inc. | Fax:    (804)379-1299 |
| 10901 Trade Road | Mobile: (703)395-6626 |
| Suite B | |
| Richmond, VA 23236 | Web: WWW.MGSINC.COM |

### divestcap

| | |
|---|---|
| From: | Vigder, Avi [Avi@sagecap.com] |
| Sent: | Friday, December 05, 2003 2:57 PM |
| To: | 'Charles@divestcap.com'; Danny Golan; Eldad Gal |
| Cc: | 'Bruce Hill' |
| Subject: | RE: Mission Critical Software |
| | |
| Follow Up Flag: | Follow up |
| Flag Status: | Flagged |

pure pleasure...

-----Original Message-----
From: Charles@divestcap.com
Sent: Thu 12/4/2003 7:01 PM
To: Vigder, Avi; Golan, Daniel; Gal, Eldad
Cc: 'Bruce Hill'
Subject: Mission Critical Software

Why mission critical software can be so much fun -

The guy below tried to screw GCI but GCI/SSC had the leverage. Only $57k but certainly worth the squeeze.

-----Original Message-----
From: Luis J. Carazo Johanning [mailto:lcarazo@esciisa.com]
Sent: Thursday, November 27, 2003 5:17 PM
To: charles@divestcap.com; 'Oscar Jimenez'
Cc: 'Bruce Hill'; Myrna Barquero Prez
Subject: Re: Conference
Importance: High

It is really urgent to have news from you.

The Goverment is going to pay to his employees this Saturday, so BNCR needs more than ever the Sightline platform working on Sunday (the last valid date for the temporary keys). Temporary keys are a must otherwise we better close our office here and move ourselves to Brazil while we can

1

## divestcap

| | |
|---|---|
| **From:** | Sagi, Mor [Mor@sagecap.com] |
| **Sent:** | Sunday, April 18, 2004 1:33 AM |
| **To:** | 'charles@divestcap.com'; Eldad Gal |
| **Cc:** | 'bruce@divestcap.com'; 'Michelle Yi' |
| **Subject:** | RE: Description of Resumix |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Thank you.

Please send me all the details available about SightLine. We would like to move forward.

Mor

> -----Original Message-----
> **From:** charles@divestcap.com [mailto:charles@divestcap.com]
> **Sent:** Fri 4/16/2004 3:39 PM
> **To:** Gal, Eldad; Sagi, Mor
> **Cc:** bruce@divestcap.com; 'Michelle Yi'
> **Subject:** FW: Description of Resumix
>
> Subject to NDA
>
> Courtesy of Bruce, heres an initial description of the YHOO opportunity.
>
> Mor I can start to pour on the detail for SightLine and will plan to start with the financials unless I hear otherwise from you.
>
> Thx
>
> Charlie
>
> Charles C. Hale
> DivestCap Management Corp
> 660 Madison Avenue, Floor 21
> New York, NY 10021
> Mobile: 617 818 2222
> NY Office: 212 651 9023
> charles@divestcap.com
>
> **Visit DivestCap at:**
> www.divestcap.com
>
> *Growing Technology Divestitures with Knowledge & Capital*
>
> -----Original Message-----
> **From:** Bruce Hill [mailto:bruce@divestcap.com]
> **Sent:** Friday, April 16, 2004 1:11 PM
> **To:** charles@divestcap.com
> **Subject:** Description of Resumix
>
> Charlie,
>
> Here is a high-level one-pager on Resumix, which I have codenamed Waterfall (it was late it probably should be something like Meteor). I have not included a situation description because a) that might give too much away

1

from an identification standpoint and b) I wasnt sure if it was even relevant in the context of whatever Mor is doing.

Bruce