orm you
, and
ce
: addressed
t our prior

Charles Hale [charles@divestcap.com]
Wednesday, March 08, 2006 6:55 PM
Shlomo Melchor
Gal, Eldad; Gilad

lag:        Follow up
            Flagged

n you please resend me the counter-signed distributor agreement from Glenridge to SightLine that you
i3? I need it pretty badly.

i.

Bingham McCutchen LLP Circular 230 Notice: To ensure compliance with IRS requirements, we inform you that any U.S. federal tax advice contained in this communication is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of avoiding any federal tax penalties. Any legal advice expressed in this message is being delivered to you solely for your use in connection with the matters addressed herein and may not be relied upon by any other person or entity or used for any other purpose without our prior written consent.

3

Bingham McCutchen LLP Circular 230 Notice: To ensure compliance with IRS requirements, we inform you that any U.S. federal tax advice contained in this communication is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of avoiding any federal tax penalties. Any legal advice expressed in this message is being delivered to you solely for your use in connection with the matters addressed herein and may not be relied upon by any other person or entity or used for any other purpose without our prior written consent.

expressed in this message is being delivered to you solely for your use in connection with the matters addressed herein and may not be relied upon by any other person or entity or used for any other purpose without our prior written consent.

3

· divestcap

| | |
|---|---|
| From: | Charles Hale [charles@divestcap.com] |
| Sent: | Friday, March 10, 2006 8:01 AM |
| To: | gilad@hartbay.com; Gal, Eldad |
| Cc: | Michelle Yi |
| Subject: | Fw: UBS Opportunity |

Follow Up Flag:    Follow up
Flag Status:        Flagged

A 5m license, 2m annual maintenance opportunity

-----Original Message-----
From: Reg Webb <Reg.Webb@pnwis.com>
To: Bruce Hill <bruce@divestcap.com>; Darryl McPherson <darryl.mcpherson@sightlinesystems.com>
CC: Ekkehard Seith <ekkehard.seith@intelsol.de>; Hagop Incici (E-Mail) <hagop.incici@intelligent-solutions.ch>
Sent: Fri Mar 10 07:32:49 2006
Subject: UBS Opportunity

Bruce/Darryl

Myself, Ekke , Hagop and Harald had a meeting with UBS yesterday.

We have a tremendous opportunity to secure SightLine on 10,000 servers or
more. The team at UBS are really behind SightLine to be rolled out over the
enterprise.

UBS have a business requirement that comes from high up in their
organization to be able to monitor critical metrics (CPU , memory) on ALL
servers in real time (or near real time - lag time of 10-15 minutes) and
have this information available to MANAGERS in real time via the Web.
Alongside this they have a mandate from senior management to increase server
utilisation by 15% per year for the next 5 years. They must have a tool to
do this, SightLine is the preferred option but we do have competition from a
tool that will meet the above requirements.

The DISA Consolidation model and current planned Automation implementation
does not fit the above requirements. Even if it did they would have to
manage at least 50 consolidation servers (10,000/200) which they are not
going to do.

They require that selected metrics are passed to a database from Agents gr
(the database will hold metrics from all 10,000 servers), in ADDITION to
being written to a trace file.

Can we have a conference call to discuss above on Tuesday 14 March at 10:00
AM EST , 3:00 PM U.K. time. Please confirm.

This is by far EMEA biggest opportunity to date and gives us the opportunity
to turn SightLine into an enterprise solution , and give us a blue chip
enterprise reference site!

Regards

Reg

1

2

2

## divestcap

| | |
|---|---|
| From: | Bradley, Jack [jack.bradley@bingham.com] |
| Sent: | Friday, March 10, 2006 2:21 PM |
| To: | Charles Hale |
| Cc: | Gilad; Gal, Eldad; Michelle Yi; Gagan, Sarah K.; Hashimoto, Go; hmuto@eoslip.com; kshime@eoslip.com; Matsunaga, Len; mishii@eoslip.com; Murase, Satoru; shibata.y@sakallaw.com; shotla@eoslip.com |
| Subject: | RE: Pro Forma SAC GCI 20060307.xls |
| | |
| Follow Up Flag: | Follow up |
| Flag Status: | Flagged |

Charlie,

We should schedule a time to review the open items on the attached email. We are trying to gather sufficient data for both Sightline and GCI in order to prepare the valuation range you requested. To achieve this objective, we need to have additional supporting detail for both companies. Please let me know what time would be convenient for you and I to review the open items. In the interim I have indicated in CAPS items requiring further detail or clarification. In addition ,we still need the following documents which we have requested previously:

1. Audited financials for Sightline and GCI

2. Copies of agreements between Sightline and GCI including the Licensing and Royalty Agreement between these two entities

3. Copy of distribution agreements

4. Change in control agreements which will result in severance or other payments to current employees of Sightline and GCI

regards, jack

-----Original Message-----
From: Charles Hale [mailto:charles@divestcap.com]
Sent: Friday, March 10, 2006 5:50 AM
To: Bradley, Jack
Cc: Gilad; eklad@sagecap.com; Michelle Yi
Subject: RE: Pro Forma SSC GCI 20060307.xls

Jack,

Answers follow.

Best regards,
Charlie

Charlie,

We have the following questions on the material:

1. What does this schedule represent?
   a. This schedule represents the GCI and SSC P&Ls. The principal differences from this P&L and cash will be (i) large end of year billings that typically get paid the first week of January, (ii) deferred compensation from bonuses, which is material when SSC exceeds plan (which we have done each year), and (iii) management fees and dividends, which I have added back in the pro forma. These

1

management fees are what DivestCap charges SSC. They serve as compensation to DivestCap for buying and managing SightLine. GCI dividends cash out, which is likewise how GCI compensates its principals. IT IS NOT CLEAR FROM THIS EXPLANATION WHICH IF ANY AMOUNTS HAVE BEEN ADDED BACK. PLEASE PROVIDE A SPECIFIC BREAKDOWN OF THE AMOUNTS BY CATEGORY AND WHETHER THEY ARE INCLUDED IN THE FINANCIALS

b. This schedule excludes all pro formas. SightLine is burdened by DivestCap's salaries and expenses. The EBITDA number has not been adjusted upward for these expenses. PLEASE PROVIDE A BREAKDOWN OF THESE AMOUNTS AND WHETHER THESE EXPENSES WILL CONTINUE TO BE CHARGED TO SIGHTLINE POST-CLOSING

2. What were the key assumptions used in preparing the analysis

a. None, really. These are the actual historical GAAP numbers according to my cash to gaap reconciliation. My financials for GCI and SSC match by the penny to the bank. I am never a perfect match with the auditors on rev rec and ebitda, but am generally within a few hundred thousand dollars.

b. One issue bears noting: In the pro forma, I have moved a deal from 2004 recognition to 2005. Since I had had concerns about the deal (concerns that turned out to be unfounded), we didn't issue keys until well into '05. At least as far as I am aware, 2005 key issuance makes 2005 recognition mandatory. Accordingly, we will have to restate audited 2004 for this deal. The pro forma reflects this restatement.

3. Please provide a breakdown of all line items between Sightline and GCI. It is important that we understand the cash flows on an individual entity basis

a. I do not understand why this level of detail is important at this time. AS WE UNDERSTAND THE TRANSACTION WE WILL BE PURCHASING AN OWNERSHIP STAKE IN BOTH COMPANIES AND THAT DIVESTCAP DOES NOT OWN GCI. WE NEED TO UNDERSTAND THE CASH FLOWS TO EACH ENTITY TO UNDERSTAND HOW THE VALUE SHOULD BE ALLOCATED BETWEEN ENTITIES. WE ALSO NEED TO UNDERSTAND THE CASH FLOWS BETWEEN ENTITIES TO AVOID ANY DOUBLE COUNTING OF REVENUES PAID TO GCI BY SIGHTLINE

4. How do Bookings differ from Revenue

a. A booking is a bona fide order received by a salesperson for which payment is due for services to be rendered or goods to be sold

b. A billing is an invoice sent to the customer

c. Revenue is the recognition of these billings and bookings according to the accrual principle of accounting, which matches the billing to the time period in which the services are rendered or product employed.

5. What are GCI bookings

a. GCI has distributors, of which SightLine Systems is one. These distributors have a 45 – 55% product discount from GCI to sell the product. Since they generally have to sell the product at list price, this discount generates a gap between the price at which they sell the product and the price at which they buy it from GCI, allowing them to pay their costs and try to earn a profit. This is generally how distributors work, and it is how SightLine Systems works.

b. GCI bookings are currently recorded as the sale amount to the distributors (eg a "net" basis, which lowers revenue). The most advantageous and clearest way for GCI to account for the bookings MAY be to record gross, which shows (i) the end user sale in revenue and (ii) deducts the distributor product discount. Frankly, accounting questions for GCI are beyond my purview – SSC is paid by GCI just to maintain simple, accurate net financials. The fact of the matter, however, is that (i) adding gross data isn't complicated, (ii) gross vs net reporting doesn't affect cash, (iii) the initial net view that estimates gross is generally considered more conservative, and (iv) I will work with GCI to have the gross detail as this process progresses. PLEASE PROVIDE THE NAME OF THE ACCOUNTING CONTACT WE SHOULD TALK WITH AT GCI

6. Please explain the memo line re: Approximate End User Bookings

a. Approximate end user bookings estimate the GCI sales on a gross rather than a net basis. They are, in other words, the total amount sold to our customers.

7. Please provide a breakdown of the Headcount and Operating Expenses.

    a. Headcount is base and bonus for SightLine's employees. OpEx includes the following. We will have the detail in the full P&Ls, which will match the summary detail. WHEN CAN WE EXPECT TO RECEIVE THE FULL P&L'S

Accounts Paid - Other Suppliers
Contractor: Engineering
Contractor: IT & Accounting
Rent
T&E
Deposits (rent)
MGS Royalties
Marketing
Discounts
Depreciation and Amortization
Bad Debt Expense - Acquired AR
Bad Debt Expense
Other Operating Costs

8. What are the total employees by legal entity.

    a. SightLine has 16, which includes three from DivestCap, which I have not pro-forma'd out of the historical costs. I believe GCI has 1 engineer and 1 person (Shlomo) who administers the agreements with distributors. WE NEED TO UNDERSTAND WHICH OF THE DIVESTCAP PERSONNEL WILL REMAIN WITH SIGHTLINE POST-CLOSING. WE ALSO NEED A BREAKDOWN OF TOTAL SALARIES AND BENEFITS FOR THE SIGHTLINE AND GCI EMPLOYEES

regards, jack

----Original Message----
From: Charles Hale [mailto:charles@divestcap.com]
Sent: Tuesday, March 07, 2006 3:25 PM
To: Bradley, Jack
Cc: Gilad; eidad@sagecap.com; Michelle Yi
Subject: Pro Forma SSC GCI 20060307.xls

Jack - pro forma attached.

Best regards,
Charlie

Bingham McCutchen LLP Circular 230 Notice: To ensure compliance with IRS requirements, we inform you that any U.S. federal tax advice contained in this communication is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of avoiding any federal tax penalties. Any legal advice expressed in this message is being delivered to you solely for your use in connection with the matters addressed herein and may not be relied upon by any other person or entity or used for any other purpose without our prior written consent.

7.  Please provide a breakdown of the Headcount and Operating Expenses.

a.  Headcount is base and bonus for SightLine's employees.  OpEx includes the following.  We will have the detail in the full P&Ls, which will match the summary detail.  WHEN CAN WE EXPECT TO RECEIVE THE FULL P&L'S

> Accounts Paid - Other Suppliers
> Contractor: Engineering
> Contractor: IT & Accounting
> Rent
> T&E
> Deposits (rent)
> MGS Royalties
> Marketing
> Discounts
> Depreciation and Amortization
> Bad Debt Expense - Acquired AR
> Bad Debt Expense
> Other Operating Costs

8.  What are the total employees by legal entity.

a.  SightLine has 16, which includes three from DivestCap, which I have not pro-forma'd out of the historical costs.  I believe GCI has 1 engineer and 1 person (Shlomo) who administers the agreements with distributors.  WE NEED TO UNDERSTAND WHICH OF THE DIVESTCAP PERSONNEL WILL REMAIN WITH SIGHTLINE POST-CLOSING. WE ALSO NEED A BREAKDOWN OF TOTAL SALARIES AND BENEFITS FOR THE SIGHTLINE AND GCI EMPLOYEES

regards, jack

-----Original Message-----
**From:** Charles Hale [mailto:charles@divestcap.com]
**Sent:** Tuesday, March 07, 2006 3:25 PM
**To:** Bradley, Jack
**Cc:** Gilad; eldad@sagecap.com; Michelle Yi
**Subject:** Pro Forma SSC GCI 20060307.xls

Jack - pro forma attached.

Best regards,
Charlie

Bingham McCutchen LLP Circular 230 Notice: To ensure compliance with IRS requirements, we inform you that any U.S. federal tax advice contained in this communication is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of avoiding any federal tax penalties. Any legal advice expressed in this message is being delivered to you solely for your use in connection with the matters addressed herein and may not be relied upon by any other person or entity or used for any other purpose without our prior written consent.

3

### divestcap

| | |
|---|---|
| From: | Charles Hale [charles@divestcap.com] |
| Sent: | Saturday, March 11, 2006 7:47 PM |
| To: | gilad@hartbay.com; Gal, Eldad; Shlomo Meichor |
| Cc: | Michelle Yi |
| Subject: | RE: Pro Forma SAC GCI 20060307.xls |
| Attachments: | International Distributor Agreement (Pathway)_3.F.doc; Domestic Distributor Agreement Stratus 10-30-03 [revised ..pdf; International Distributor Agreement - ASCII_2.0 _Final_sign..pdf; International Distributor Agreement - MegaData_5.F.doc |

| | |
|---|---|
| Follow Up Flag: | Follow up |
| Flag Status: | Flagged |

Okay response?

Shlomo – I still need the signed copy of the GCI SSC distrib doc. Do you still have it?

Charlie

= = = = = = =

Jack,

I am taking the questions and CAPS questions in order. Here is where I think we stand:

1.   Audited financials for Sightline and GCI

a.   We do not have audited financials for GCI. I can provide a bank ledgers.

2.   Copies of agreements between Sightline and GCI including the Licensing and Royalty Agreement between these two entities

a.   In process

3.   Copy of distribution agreements

a.   I do not have the signed copies since Glenridge is the signee. I do, however, have copies of the final agreements. For now, I trust these can suffice.

<<International Distributor Agreement (Pathway)_3.F.doc>>

<<Domestic Distributor Agreement Stratus 10-30-03 [revised ..pdf>>

<<International Distributor Agreement - ASCII_2.0_Final_sign....pdf>> <<International Distributor Agreement - MegaData_5.F.doc>>

4.   Change in control agreements which will result in severance or other payments to current employees of Sightline and GCI

a.   There are none. We have no severance agreements.

1

## divestcap

| | |
|---|---|
| From: | Charles Hale [charles@divesticap.com] |
| Sent: | Saturday, March 11, 2006 7:47 PM |
| To: | gilad@hartbay.com; Gal, Eldad; Shlomo Melchor |
| Cc: | Michelle Yi |
| Subject: | RE: Pro Forma SAC GCI 20060307.xls |
| Attachments: | International Distributor Agreement (Pathway)_3.F.doc; Domestic Distributor Agreement Stratus 10-30-03 [revised ..pdf; International Distributor Agreement - ASCII_2.0 _Final_sign..pdf; International Distributor Agreement - MegaData_5.F.doc |

| | |
|---|---|
| Follow Up Flag: | Follow up |
| Flag Status: | Flagged |

Okay response?

Shlomo – I still need the signed copy of the GCI SSC distrib doc. Do you still have it?

Charlie

= = = = = = =

Jack,

I am taking the questions and CAPS questions in order. Here is where I think we stand:

1.    Audited financials for Sightline and GCI

a.    We do not have audited financials for GCI. I can provide a bank ledgers.

2.    Copies of agreements between Sightline and GCI including the Licensing and Royalty Agreement between these two entities

a.    In process

3.    Copy of distribution agreements

a.    I do not have the signed copies since Glenridge is the-signee. I do, however, have copies of the final agreements. For now, I trust these can suffice.

<<International Distributor Agreement (Pathway)_3.F.doc>>

<<Domestic Distributor Agreement Stratus 10-30-03 [revised ..pdf>>

<<International Distributor Agreement - ASCII_2.0_Final_sign....pdf>> <<International Distributor Agreement - MegaData_5.F.doc>>

4.    Change in control agreements which will result in severance or other payments to current employees of Sightline and GCI

a.    There are none. We have no severance agreements.

1

a.   This schedule represents the GCI and SSC P&Ls. The principal differences from this P&L and cash will be (i) large end of year billings that typically get paid the first week of January, (ii) deferred compensation from bonuses, which is material when SSC exceeds plan (which we have done each year), and (iii) management fees and dividends, which I have added back in the pro forma. These management fees are what DivestCap charges SSC. They serve as compensation to DivestCap for buying and managing SightLine. GCI dividends cash out, which is likewise how GCI compensates its principals. IT IS NOT CLEAR FROM THIS EXPLANATION WHICH IF ANY AMOUNTS HAVE BEEN ADDED BACK, PLEASE PROVIDE A SPECIFIC BREAKDOWN OF THE AMOUNTS BY CATEGORY AND WHETHER THEY ARE INCLUDED IN THE FINANCIALS

> 1. There are no add-backs except for approximately a $100,000 management fee from the holding company, a legal bill in year 1 of $60,000 from the transaction, and $100,000 debt payback from the transaction. The other debits are simply profit withdrawls in the form of dividends from GCI and management fees. The full P&L will detail these.

b.   This schedule excludes all pro formas. SightLine is burdened by DivestCap's salaries and expenses. The EBITDA number has not been adjusted upward for these expenses. PLEASE PROVIDE A BREAKDOWN OF THESE AMOUNTS AND WHETHER THESE EXPENSES WILL CONTINUE TO BE CHARGED TO SIGHTLINE POST-CLOSING

1. The non-operating expenses that have NOT been added back are $500,000 per year for the following: Salaries for Bruce Hill, Charles Hale, and Michelle Yi at $200,000, $200,000, and $100,000. These will not be charged after closing unless our new CEO hire is not completed. If LAC wishes, we could stay actively involved in management of the company. If we were, we would envision allocating approximately $250,000 for total compensation (we believe market rates are about $210,000 for base compensation with $50,000 bonus and up to $50,000 additional in the event of extraordinary results).

a.   I do not understand why this level of detail is important at this time.   AS WE UNDERSTAND THE TRANSACTION WE WILL BE PURCHASING AN OWNERSHIP STAKE IN BOTH COMPANIES AND THAT DIVESTCAP DOES NOT OWN GCI. WE NEED TO UNDERSTAND THE CASH FLOWS TO EACH ENTITY TO UNDERSTAND HOW THE VALUE SHOULD BE ALLOCATED BETWEEN ENTITIES. WE ALSO NEED TO UNDERSTAND THE CASH FLOWS BETWEEN ENTITIES TO AVOID ANY DOUBLE COUNTING OF REVENUES PAID TO GCI BY SIGHTLINE

1. Okey.  I have the detailed P&Ls and will publish them asap

b.   GCI bookings are currently recorded as the sale amount to the distributors (eg a "net" basis, which lowers revenue). The most advantageous and clearest way for GCI to account for the bookings MAY be to record gross, which shows (i) the end user sale in revenue and (ii) deducts the distributor product discount. Frankly, accounting questions for GCI are beyond my purview – SSC is paid by GCI just to maintain simple, accurate net financials. The fact of the matter, however, is that (i) adding gross data isn't complicated, (ii) gross vs net reporting doesn't affect cash, (iii) the initial net view that estimates gross is generally considered more conservative, and (iv) I will work with GCI to have the gross detail as this process progresses.  PLEASE PROVIDE THE NAME OF THE ACCOUNTING CONTACT WE SHOULD TALK WITH AT GCI

1. Again, GCI does not have an accountant engaged.  We can engage one, but I think doing so should be confirmatory diligence.

a.   Headcount is base and bonus for SightLine's employees.  OpEx includes the following.  We will have the detail in the full P&Ls, which will match the summary detail.  WHEN CAN WE EXPECT TO RECEIVE THE FULL P&L'S

1. This Tuesday.

2

a.    This schedule represents the GCI and SSC P&Ls. The principal differences from this P&L and cash will be (i) large end of year billings that typically get paid the first week of January, (ii) deferred compensation from bonuses, which is material when SSC exceeds plan (which we have done each year), and (iii) management fees and dividends, which I have added back in the pro forma. These management fees are what DivestCap charges SSC. They serve as compensation to DivestCap for buying and managing SightLine. GCI dividends cash out, which is likewise how GCI compensates its principals. IT IS NOT CLEAR FROM THIS EXPLANATION WHICH IF ANY AMOUNTS HAVE BEEN ADDED BACK. PLEASE PROVIDE A SPECIFIC BREAKDOWN OF THE AMOUNTS BY CATEGORY AND WHETHER THEY ARE INCLUDED IN THE FINANCIALS

> 1. There are no add-backs except for approximately a $100,000 management fee from the holding company, a legal bill in year 1 of $60,000 from the transaction, and $100,000 debt payback from the transaction. The other debits are simply profit withdrawls in the form of dividends from GCI and management fees. The full P&L will detail these.

b.    This schedule excludes all pro formas. SightLine is burdened by DivestCap's salaries and expenses. The EBITDA number has not been adjusted upward for these expenses. PLEASE PROVIDE A BREAKDOWN OF THESE AMOUNTS AND WHETHER THESE EXPENSES WILL CONTINUE TO BE CHARGED TO SIGHTLINE POST-CLOSING

1. The non-operating expenses that have NOT been added back are $500,000 per year for the following: Salaries for Bruce Hill, Charles Hale, and Michelle Yi at $200,000, $200,000, and $100,000. These will not be charged after closing unless our new CEO hire is not completed. If LAC wishes, we could stay actively involved in management of the company. If we were, we would envision allocating approximately $250,000 for total compensation (we believe market rates are about $210,000 for base compensation with $50,000 bonus and up to $50,000 additional in the event of extraordinary results).

a.    I do not understand why this level of detail is important at this time.    AS WE UNDERSTAND THE TRANSACTION WE WILL BE PURCHASING AN OWNERSHIP STAKE IN BOTH COMPANIES AND THAT DIVESTCAP DOES NOT OWN GCI. WE NEED TO UNDERSTAND THE CASH FLOWS TO EACH ENTITY TO UNDERSTAND HOW THE VALUE SHOULD BE ALLOCATED BETWEEN ENTITIES. WE ALSO NEED TO UNDERSTAND THE CASH FLOWS BETWEEN ENTITIES TO AVOID ANY DOUBLE COUNTING OF REVENUES PAID TO GCI BY SIGHTLINE

1. Okay. I have the detailed P&Ls and will publish them asap

b.    GCI bookings are currently recorded as the sale amount to the distributors (eg a "net" basis, which lowers revenue). The most advantageous and clearest way for GCI to account for the bookings MAY be to record gross, which shows (i) the end user sale in revenue and (ii) deducts the distributor product discount. Frankly, accounting questions for GCI are beyond my purview -- SSC is paid by GCI just to maintain simple, accurate net financials. The fact of the matter, however, is that (i) adding gross data isn't complicated, (ii) gross vs net reporting doesn't affect cash, (iii) the initial net view that estimates gross is generally considered more conservative, and (iv) I will work with GCI to have the gross detail as this process progresses. PLEASE PROVIDE THE NAME OF THE ACCOUNTING CONTACT WE SHOULD TALK WITH AT GCI

1. Again, GCI does not have an accountant engaged. We can engage one, but I think doing so should be confirmatory diligence.

a.    Headcount is base and bonus for SightLine's employees. OpEx includes the following. We will have the detail in the full P&Ls, which will match the summary detail. WHEN CAN WE EXPECT TO RECEIVE THE FULL P&L'S

1. This Tuesday.

2

7. Please provide a breakdown of the Headcount and Operating Expenses.
   a. Headcount is base and bonus for SightLine's employees. OpEx includes the following. We will have the detail in the full P&Ls, which will match the summary detail. WHEN CAN WE EXPECT TO RECEIVE THE FULL P&L'S

> Accounts Paid - Other Suppliers
> Contractor: Engineering
> Contractor: IT & Accounting
> Rent
> T&E
> Deposits (rent)
> MGS Royalties
> Marketing
> Discounts
> Depreciation and Amortization
> Bad Debt Expense - Acquired AR
> Bad Debt Expense
> Other Operating Costs

8. What are the total employees by legal entity.
   a. SightLine has 16, which includes three from DivestCap, which I have not pro-forma'd out of the historical costs. I believe GCI has 1 engineer and 1 person (Shlomo) who administers the agreements with distributors. WE NEED TO UNDERSTAND WHICH OF THE DIVESTCAP PERSONNEL WILL REMAIN WITH SIGHTLINE POST-CLOSING. WE ALSO NEED A BREAKDOWN OF TOTAL SALARIES AND BENEFITS FOR THE SIGHTLINE AND GCI EMPLOYEES

regards, jack

——Original Message——
**From:** Charles Hale [mailto:charles@divestcap.com]
**Sent:** Tuesday, March 07, 2006 3:25 PM
**To:** Bradley, Jack
**Cc:** Gilad; eldad@sagecap.com; Michelle Yi
**Subject:** Pro Forma SSC GCI 20060307.xls

Jack - pro forma attached.

Best regards,
Charlie

---

Bingham McCutchen LLP Circular 230 Notice: To ensure compliance with IRS requirements, we inform you that any U.S. federal tax advice contained in this communication is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of avoiding any federal tax penalties. Any legal advice expressed in this message is being delivered to you solely for your use in connection with the matters addressed herein and may not be relied upon by any other person or entity or used for any other purpose without our prior written consent.

Accounts Paid – Other Suppliers
Contractor: Engineering
Contractor: IT & Accounting
Rent
T&E
Deposits (mst)
MSS Royalties
Marketing
Discounts
Depreciation and Amortization
Bad Debt Expense – Acquired AR
Bad Debt Expense
Other Operating Costs

8. What are the total employees by legal entity.

a. SightLine has 16, which includes three from DivestCap, which I have not pro-forma'd out of the historical costs. I believe GCI has 1 engineer and 1 person (Shlomo) who administers the agreements with distributors. WE NEED TO UNDERSTAND WHICH OF THE DIVESTCAP PERSONNEL WILL REMAIN WITH SIGHTLINE POST-CLOSING. WE ALSO NEED A BREAKDOWN OF TOTAL SALARIES AND BENEFITS FOR THE SIGHTLINE AND GCI EMPLOYEES

1. Please see above. Regarding the breakdown of salaries, I can provide those in the model. The average base salary is $65,000. The average bonus depends on our results, but has generally been $30,000 (highly levered comp plans based on cash performance).

regards, jack

-----Original Message-----
**From:** Charles Hale [mailto:charles@divestcap.com]
**Sent:** Tuesday, March 07, 2006 3:25 PM
**To:** Bradley, Jack
**Cc:** Gilad; elded@sagecap.com; Michelle Yi
**Subject:** Pro Forma SSC GCI 20060307.xls

Jack - pro forma attached.

Best regards,

Charlie

Bingham McCutchen LLP Circular 230 Notice: To ensure compliance with IRS requirements, we inform you that any U.S. federal tax advice contained in this communication is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of avoiding any federal tax penalties. Any legal advice expressed in this message is being delivered to you solely for your use in connection with the matters addressed herein and may not be relied upon by any other person or entity or used for any other purpose without our prior written consent.

3

## divestcap

| | |
|---|---|
| From: | Charles Hale [charles@divestcap.com] |
| Sent: | Monday, March 13, 2006 6:52 PM |
| To: | Bradley, Jack |
| Cc: | Michelle Yi |
| Subject: | FW; Pro Forma SAC GCI 20060307.xls |
| Attachments: | International Distributor Agreement (Pathway)_3.F.doc; Domestic Distributor Agreement Stratus 10-30-03 [revised ..pdf; International Distributor Agreement - ASCR_2.0 _Final_sign..pdf; International Distributor Agreement - MegaData_5.F.doc |

| | |
|---|---|
| Follow Up Flag: | Follow up |
| Flag Status: | Flagged |

Jack,

I received your call but have been locked in meetings over a couple of big sales, and will continue to be for a few more hours. In the meantime, I am taking the questions and CAPS questions in order. Here is where I think we stand:

1.    Audited financials for Sightline and GCI

a.    We do not have audited financials for GCI. I can provide a bank ledgers.

2.    Copies of agreements between Sightline and GCI including the Licensing and Royalty Agreement between these two entities

a.    In process

3.    Copy of distribution agreements

a.    I do not have the signed copies since Glenridge is the signee (except for SSC-GCI, which I have on paper only). I do, however, have copies of the final agreements. For now, I trust these can suffice.

<<International Distributor Agreement (Pathway)_3.F.doc>>

<<Domestic Distributor Agreement Stratus 10-30-03 [revised ..pdf>>

<<International Distributor Agreement - ASCR_2.0_Final_sign....pdf>> <<International Distributor Agreement - MegaData_5.F.doc>>

4.    Change in control agreements which will result in severance or other payments to current employees of Sightline and GCI

a.    There are none. We have no severance agreements.

a.    This schedule represents the GCI and SSC P&Ls. The principal differences from this P&L and cash will be (i) large end of year billings that typically get paid the first week of January, (ii) deferred compensation from bonuses, which is material when SSC exceeds plan (which we have done each year), and (iii) management fees and dividends, which I have added back in the pro forma. These management fees are what DivestCap charges SSC. They serve as compensation to DivestCap for buying and managing SightLine. GCI dividends cash out,

1

which is likewise how GCI compensates its principals. IT IS NOT CLEAR FROM THIS EXPLANATION WHICH IF ANY AMOUNTS HAVE BEEN ADDED BACK, PLEASE PROVIDE A SPECIFIC BREAKDOWN OF THE AMOUNTS BY CATEGORY AND WHETHER THEY ARE INCLUDED IN THE FINANCIALS

> 1. There are no add-backs except for approximately a $100,000 management fee from the holding company, a legal bill in year 1 of $60,000 from the transaction, and $100,000 debt payback from the transaction. The other debits are simply profit withdrawls in the form of dividends from GCI and management fees. The full P&L will detail these.

b.   This schedule excludes all pro formas. SightLine is burdened by DivestCap's salaries and expenses. The EBITDA number has not been adjusted upward for these expenses. PLEASE PROVIDE A BREAKDOWN OF THESE AMOUNTS AND WHETHER THESE EXPENSES WILL CONTINUE TO BE CHARGED TO SIGHTLINE POST-CLOSING

1. The non-operating expenses that have NOT been added back are $500,000 per year for the following: Salaries for Bruce Hill, Charles Hale, and Michelle Yi at $250,000, $200,000, and $150,000. These will not be charged after closing unless our new CEO hire is not completed. If LAC wishes, we could stay actively involved in management of the company. If we were, we would envision allocating approximately $250,000 for total compensation (we believe market rates are about $210,000 for base compensation with $50,000 bonus and up to $60,000 additional in the event of extraordinary results).

a.   I do not understand why this level of detail is important at this time.   AS WE UNDERSTAND THE TRANSACTION WE WILL BE PURCHASING AN OWNERSHIP STAKE IN BOTH COMPANIES AND THAT DIVESTCAP DOES NOT OWN GCI. WE NEED TO UNDERSTAND THE CASH FLOWS TO EACH ENTITY TO UNDERSTAND HOW THE VALUE SHOULD BE ALLOCATED BETWEEN ENTITIES. WE ALSO NEED TO UNDERSTAND THE CASH FLOWS BETWEEN ENTITIES TO AVOID ANY DOUBLE COUNTING OF REVENUES PAID TO GCI BY SIGHTLINE

1. Okay.  I have the detailed P&Ls and will publish them asap

b.   GCI bookings are currently recorded as the sale amount to the distributors (eg a "net" basis, which lowers revenue). The most advantageous and clearest way for GCI to account for the bookings MAY be to record gross, which shows (i) the end user sale in revenue and (ii) deducts the distributor product discount. Frankly, accounting questions for GCI are beyond my purview – SSC is paid by GCI just to maintain simple, accurate net financials. The fact of the matter, however, is that (i) adding gross data isn't complicated, (ii) gross vs net reporting doesn't affect cash, (iii) the initial net view that estimates gross is generally considered more conservative, and (iv) I will work with GCI to have the gross detail as this process progresses.  PLEASE PROVIDE THE NAME OF THE ACCOUNTING CONTACT WE SHOULD TALK WITH AT GCI

1. Again, GCI does not have an accountant engaged. We can engage one, but I think doing so should be confirmatory diligence.

a.   Headcount is base and bonus for SightLine's employees. OpEx includes the following. We will have the detail in the full P&Ls, which will match the summary detail.   WHEN CAN WE EXPECT TO RECEIVE THE FULL P&L'S

1. This Tuesday.

Accounts Paid - Other Suppliers
Contractor: Engineering
Contractor: IT & Accounting

2

Rent
TAE
Deposits (rent)
MGS Royalties
Marketing
Discounts
Depreciation and Amortization
Bad Debt Expense - Acquired AR
Bad Debt Expense
Other Operating Costs

8.  What are the total employees by legal entity.

a.  SightLine has 16, which includes three from DivestCap, which I have not pro-forma'd out of the historical costs. I believe GCI has 1 engineer and 1 person (Shlomo) who administers the agreements with distributors. WE NEED TO UNDERSTAND WHICH OF THE DIVESTCAP PERSONNEL WILL REMAIN WITH SIGHTLINE POST-CLOSING. WE ALSO NEED A BREAKDOWN OF TOTAL SALARIES AND BENEFITS FOR THE SIGHTLINE AND GCI EMPLOYEES

1. Please see above.  Regarding the breakdown of salaries, I can provide those in the model.  The average base salary is $65,000.  The average bonus depends on our results, but has generally been $30,000 (highly levered comp plans based on cash performance).

regards, jack

-----Original Message-----
From: Charles Hale [mailto:charles@divestcap.com]
Sent: Tuesday, March 07, 2006 3:25 PM
To: Bradley, Jack
Cc: Gilad; eldad@sagecap.com; Michelle Yi
Subject: Pro Forma SSC GCI 20060307.xls

Jack - pro forma attached.


Best regards,

Charlie

Bingham McCutchen LLP Circular 230 Notice: To ensure compliance with IRS requirements, we inform you that any U.S. federal tax advice contained in this communication is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of avoiding any federal tax penalties. Any legal advice expressed in this message is being delivered to you solely for your use in connection with the matters addressed herein and may not be relied upon by any other person or entity or used for any other purpose without our prior written consent.

Case 1:07-cv-08178-GEL     Document 20-15     Filed 05/28/2008     Page 21 of 25

## divestcap

| | |
|---|---|
| **From:** | Gilad [Gilad@hartbay.com] |
| **Sent:** | Tuesday, March 14, 2006 10:29 PM |
| **To:** | Gal, Eldad |
| **Subject:** | FW: This is Shiraishi of LAC |

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

**From:** Charles Hale [mailto:charles@divestcap.com]
**Sent:** Tuesday, March 14, 2006 8:40 PM
**To:** michinori.shiraishi@lac.co.jp
**Cc:** shibata.y@sakailaw.com
**Subject:** Re: This is Shiraishi of LAC

Dear Shiraisan,

I am concerned that we are entering into full due diligence without any indicative offer from LAC. We have 3 customer deals I am trying to win while trying to close our books for the tax deadline of tomorrow. We do not have time to waste on a process that is not well defined.

I will provide by tonight if possible p&is, a cash reconciliation and a forecast so LAC can give us an indicative offer.

We are expecting the indicative offer to consist of the range of the price, the structure of the deal (how much LAC will acquire, finance etc), and the break up fee.

We would expect this offer by next Tuesday assuming I can deliver information tonight. As you have heard from Matsumura-san, this is a competitive situation.

Based on the above, we would be prepared to give exclusivity for one month, during which we could engage in mutual and dedicated diligence with the goal of achieving a mutually successful transaction.

Best regards,
Charlie

-----Original Message-----
From: 白石 道紀 <michinori.shiraishi@lac.co.jp>
To: Charles Hale <charles@divestcap.com>
CC: shibata.y@sakailaw.com <shibata.y@sakailaw.com>
Sent: Tue Mar 14 19:03:34 2006
Subject: This is Shiraishi of LAC

Dear Mr. Hale

I am Michinori Shiraishi working as Director in Office
Management Division of LAC.
I am the person in charge of this business.
We would like to let business succeed by all means.
So Director Nishimoto visited you in February, and President
Miwa and Director Takanashi will visit today.

1

However, I heard a complaint of you from Mr Matsumura of GS.
Mr Shibata is a lawyer doing an agent of our company as you
know, he is going to visit you on the afternoon of 16th or
17th with that purpose to solve your problem. Are your
circumstances good ?
If you could be good, Please inform to Shibata about the
situation that you are troubled. And please give the
information that we need in order to let business succeed.

Best regards

Michinori Shinaishi

2

## SUMMARY P&L

| | Actual 2003 | Actual 2004 | Actual 2005 | Forecast 2006 |
|---|---|---|---|---|
| Revenue | | | | |
| Software | 2,030,197 | 949,972 | 2,501,545 | 3,020,600 |
| Service | 60,178 | 21,592 | 64,000 | 40,000 |
| Maintenance | 792,882 | 2,950,916 | 3,512,177 | 4,382,858 |
| GCI | 927,199 | 2,111,300 | 1,714,182 | 2,502,683 |
| **Total Revenue** | **3,810,466** | **6,033,580** | **7,791,914** | **10,046,241** |
| | | 58% | 29% | 29% |
| Total Cost of Sales | 813 | 1,062 | 1,932 | 1,609 |
| Headcount Expenses | 1,464,228 | 1,969,942 | 1,864,408 | 2,027,790 |
| OpeEx (c) | (207,255) | 690,442 | 917,961 | 941,946 |
| **EBITDA** | **2,532,670** | **3,371,305** | **5,007,613** | **7,077,277** |
| Distributions & Non-Operating Expenses | (154,265) | (913,699) | (1,695,513) | (798,530) |
| Cash After Distributions and Non-Operating Expenses | 2,378,414 | 2,457,606 | 3,312,100 | 6,275,363 |
| | | | | |
| Memo: Approximate End User Sales | 5,662,174 | 8,883,935 | 10,108,073 | 13,560,138 |

## CASH SOURCES & USES

| | | Actual 2003 | Actual 2004 | Actual 2005 | Forecast 2006 |
|---|---|---|---|---|---|
| Net Income (From Cash Flow Statement) [a] | | 2,378,414 | 2,457,606 | 3,312,100 | 6,275,363 |
| Plus: Depreciation from PP&E | | 18,652 | 28,181 | 4,936 | 2,584 |
| Increase (Decrease) in Deferred Revenue | + | 1,486,945 | (229,866) | (362,248) | (416,980) |
| (Increase) Decrease in Working Capital | | (2,444,645) + | 2,129,556 | (789,576) | (125,250) |
| Less Investing activities (Cap Ex) [b] | | (23,156) | (14,325) | (40,744) | - |
| Cash from (Used in) Financing [c] | | (70,707) + | 90,315 | (389,445) | (3,769,710) |
| Cash (Used for) Dividends to Investors | | (965,000) | (3,335,139) | (2,137,793) | (2,706,000) |
| **Increase (Decrease) in Cash** | | **682,303** | **1,126,338** | **(442,771)** | **(733,022)** |

(a) Management fees treated as expense and therefore reduce net income. These are added back in the bridge, below
(b) CapEx estimated for 2005
(c) Vendor pre-pays, debt payback from buyout

## OPERATING CASH FLOW

| | | Actual 2003 | Actual 2004 | Actual 2005 | Forecast 2006 |
|---|---|---|---|---|---|
| Increase (Decrease) in Cash | | 682,303 | 1,126,338 | (442,771) | (733,022) |
| Add Back: Dividends | + | 965,000 + | 3,335,139 + | 2,137,793 | 2,706,000 |
| Add Back: Vendor Pre-Pays, Payback of Buyout Financing | + | 154,267 + | 126,631 + | 399,258 | 3,684,000 |
| Add Back: Management Fees to Investors | | - + | 786,628 + | 1,600,000 | 800,000 |
| Timing: GCI Payment in Transit Over 12/31 Closing | + | 1,541,571 | (1,671,662) + | 328,911 | - |
| Timing: DISA Transition to Billing in Arrears | | - | - + | 111,218 | 1,334,610 |
| Timing: Accelerated Cash Deal | | - | (786,537) + | 786,537 | - |
| Less: Deferred Revenue Build from Buyout | | (919,896) + | 619,898 | - | - |
| **Operating Cash Flow** | | **2,423,635** | **3,336,211** | **4,921,946** | **7,365,588** |
| Variance from EBITDA | | 4% | 1% | 2% | -11% |

## SUMMARY P&L

| | Actual 2003 | Actual 2004 | Actual 2005 | Forecast 2006 |
|---|---|---|---|---|
| Revenue | | | | |
| Software | 2,030,197 | 949,972 | 2,501,545 | 3,020,500 |
| Service | 60,178 | 21,592 | 64,000 | 40,000 |
| Maintenance | 792,862 | 2,950,816 | 3,512,177 | 4,362,858 |
| GCI | 927,199 | 2,111,300 | 1,714,192 | 2,552,883 |
| Total Revenue | 3,810,456 | 6,033,680 | 7,791,914 | 10,046,241 |
| | | 46% | 75% | 29% |
| Total Cost of Sales | 813 | 1,992 | 1,932 | 1,609 |
| Headcount Expenses | 1,484,228 | 1,980,342 | 1,864,406 | 2,027,790 |
| OpeEx (a) | (207,255) | 859,442 | 917,961 | 941,949 |
| EBITDA | 2,532,670 | 3,371,905 | 5,007,613 | 7,077,277 |
| Distributions & Non-Operating Expenses | (154,255) | (913,699) | (1,695,513) | (798,530) |
| Cash After Distributions and Non-Operating Expenses | 2,378,414 | 2,457,906 | 3,312,100 | 6,278,363 |
| Memo: Approximate End User Sales | 5,082,174 | 5,883,835 | 10,106,073 | 13,580,133 |

## CASH SOURCES & USES

| | Actual 2003 | Actual 2004 | Actual 2005 | Forecast 2006 |
|---|---|---|---|---|
| Net income (From Cash Flow Statement) (c) | 2,378,414 | 2,457,905 | 3,312,100 | 6,276,363 |
| Plus: Depreciation from PP&E | 18,652 | 25,181 | 4,535 | 2,564 |
| Increase (Decrease) in Deferred Revenue | + 1,488,945 | (229,860) | (392,245) | (416,980) |
| (Increase) Decrease in Working Capital | (2,484,345) + | 2,129,258 | (769,576) | (125,950) |
| Less Investing activities (Cap Ex) (b) | (23,155) | (14,525) | (40,744) | - |
| Cash from (Used in) Financing (b) | (70,707) + | 90,318 | (399,445) | (3,769,710) |
| Cash (Used for) Dividends to Investors | (665,000) | (3,335,138) | (2,137,793) | (2,700,000) |
| Increase (Decrease) in Cash | 682,303 | 1,126,338 | (442,771) | (733,022) |

(a) Management fees treated as expense and therefore reduce net income. These are added back in the bridge, below

(b) CapEx estimated for 2005

(c) Vendor pre-pays, debt payback from buyout

## OPERATING CASH FLOW

| | Actual 2003 | Actual 2004 | Actual 2005 | Forecast 2006 |
|---|---|---|---|---|
| Increase (Decrease) in Cash | 682,303 | 1,126,338 | (442,771) | (733,022) |
| Add Back: Dividends | + 665,000 + | 3,335,138 + | 2,137,793 | 2,700,000 |
| Add Back: Vendor Pre-Pays, Payback of Buyout Financing | + 154,257 + | 126,531 + | 399,258 | 3,664,000 |
| Add Back: Management Fees to Investors | - + | 786,628 + | 1,600,000 | 800,000 |
| Timing: GCI Payment in Transit Over 12/31 Closing | + 1,541,971 | (1,871,582) + | 329,911 | - |
| Timing: DISA Transition to Billing in Arrears | - | - + | 111,218 | 1,334,610 |
| Timing: Accelerated Cash Deal | - | (786,537) + | 786,537 | - |
| Less: Deferred Revenue Build from Buyout | (619,896) + | 819,896 | - | - |
| Operating Cash Flow | 2,423,635 | 3,336,211 | 4,921,946 | 7,965,538 |
| Variance from EBITDA | -4% | -1% | -2% | -11% |