UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
OLD POINT INTERNATIONAL CORPORATION,

              *Plaintiff,*              Case No.: 07-CV-08178 (GEL)

-- against --

                                        **NOTICE OF DISMISSAL**

BRUCE HILL and CHARLES HALE,

              *Defendants.*
------------------------------------------------------------X

**PLEASE TAKE NOTICE** that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff OLD POINT INTERNATIONAL CORPORATION hereby dismisses all claims without prejudice and without costs and disbursements.

Dated: July 31, 2008
       New York, New York

                                          Yours, etc.,

                                          JUDD BURSTEIN, P.C.

                                          By:_____
                                             Judd Burstein, Esq. (JB-9585)
                                        1790 Broadway, Suite 1501
                                        New York, New York 10019
                                        Tel.: (212) 974-2400
                                        Fax: (212) 974-2944
                                        *Attorneys for Plaintiff*
                                        *Old Point International Corporation*

SO ORDERED
_____
GERARD E. LYNCH, U.S.D.J.

8/1/08

1